# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-

C.C. a minor, by and through her parent and next
friend KRISTEN CROOKSHANKS,

E.S., a minor, by and through his parent and next
friend MINDY SMITH,

NAACP – COLORADO – MONTANA –
WYOMING STATE AREA CONFERENCE ("NAACP"),

THE AUTHORS GUILD,

Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

Defendant.

---

**DECLARATION OF C.C. IN SUPPORT OF PLAINTIFFS' MOTION FOR A
PRELIMINARY INJUNCTION**

---

I, C.C., hereby declare and state as follows:

1.      I am a resident of Elizabeth, Colorado. I have personal knowledge of the following

facts and if called to testify could and would competently do so.

2.      I am 16 years old, and I am in eleventh grade at Elizabeth High School in the

Elizabeth School District. I will graduate from Elizabeth High School in 2026.

3.      I've enjoyed reading since a very young age. I read regularly, especially on

weekends and school breaks. Besides being a fun hobby, reading helps me learn about lots of

1

different topics and ideas, and it helps me process my emotions. I think my reading has also helped me maintain good grades and stay interested and engaged in my classes. I have a 4.0 GPA, and I'm really involved in school activities.

4.      Reading gives me perspective. Sometimes when I read about characters going through something really horrible, it makes me realize that whatever I've been worrying about or experiencing isn't that bad, and I know I can get through it. Reading also makes me realize that I'm not alone when I have strong emotions about something or when I have thoughts that I haven't heard other people talk about. Books help me understand that other people have gone through whatever I'm going through, and knowing that helps with my mental health and anxiety.

5.      I enjoy reading books in a lot of different genres about all different topics, but I especially enjoy reading books with LGBTQ characters, because I can relate to them.

6.      It is important to me to have access to books about topics like LGBTQ history, racism, and mental illness in my school library so that I can learn about a variety of subjects, views, and experiences.

7.      I found out that the Elizabeth School District had decided to remove books from our school libraries while I was at school. When I looked at the list of books that were being removed, I was very upset, because it includes books I have read and loved and books I've been wanting to read. I was so upset about the District's decision that I cried about it when I came home from school that day.

8.      I was so devastated by the book removals both because it would prevent me and my classmates from browsing or checking out those books in our school library, and because it was so clear that they were targeting LGBTQ people. When a book like *#Pride: Championing*

2

*LGBTQ Rights* is selected to be banned from school libraries, it tells me that the people responsible for my education don't want us to be gay, and they don't want us to learn about LGBTQ history or LGBTQ people. I loved *You Should See Me in a Crown* when I read it in middle school, and now Elizabeth Middle School students can't check it out of their library, probably because the main character is queer and/or Black.

9.    I experience Elizabeth as a very conservative and openly homophobic place. As a queer teenager here, I think it's really important to have access to books about LGBTQ people who are accepted and proud of who they are. Instead, the District is restricting access to those books and stigmatizing them.

10.    I've been wanting to read many of the books that were removed from my school library for a long time. I once read the inside cover of *The Hate U Give*, and it covers a lot of topics and themes that I want to be more educated on. I would check out the book if it were still in our school library, but I can't, because the District removed it.

11.    I've also been wanting to read and then watch *The Perks of Being a Wallflower* and *Thirteen Reasons Why*, because I'm interested in psychology and the stories sound interesting from that perspective. But now I can't check those books out of my school library, because the District removed them.

12.    I am interested in browsing and/or checking out *Beloved*, *The Bluest Eye*, *The Kite Runner*, *Looking for Alaska*, *Nineteen Minutes*, *Crank*, *Glass*, *Fallout*, *Identical*, *Burned*, and *Smoke* in my school library. But now I can't, because the District removed them.

3

13.     I regularly use my school library and its resources. Last year, a book club formed at Elizabeth High School, and I joined it because I love reading and wanted to be exposed to different books. The book club meets in the Elizabeth High School library.

14.     Before the book club starts, I often browse the bookshelves in the library. I sometimes notice books I've never heard of that I want to read.

15.     Now that the District is removing books that the school board doesn't like from my school library, browsing the shelves is different. I feel like I'm only allowed to look at books that have been pre-approved by people with their own political agenda. Now, when I browse, I'll only be able to find books that fit the school board members' worldview, and based on the books they've removed and labeled as "sensitive," I don't think people like me fit into their worldview.

16.     The District's removal of books from my school library prevents me from accessing information about a wide variety of topics and views there.

17.     When I saw books like *The Hate U Give*, *Beloved*, and *The Bluest Eye* on the list of removed books, it looked to me like the District was trying to silence the voices of minorities.

18.     I don't understand why the District is removing books about things people are actively experiencing. I get that some parents don't want their kids to read about difficult topics like racism, violence, drugs, or sex. But some kids are dealing with those things in their own lives, and in my experience, it has been helpful to read stories I can relate to.

19.     I worry that the District will continue to remove books from my school library if they find out the books acknowledge LGBTQ identities or discuss topics like racism.

20.     I also worry that I and others who discuss or learn about the ideas in the removed books will be stigmatized because the District has made clear that there is something wrong with those ideas and viewpoints.

21.     I don't think books should be banned from school libraries based on a few people's opinions about them. In my English class, we got to choose a topic to write an essay on, and I chose book bans because I feel like they are very harmful to students. Books are one of the main ways students like me can learn about the world, and by removing books from school libraries, the District is preventing students from becoming as knowledgeable and well-rounded as we could be.

22.     I remember when my older sister was a senior at Elizabeth High School, and she had a class assignment to read a book that has been routinely banned and write about it. She chose *Nineteen Minutes*, which has now been removed from our school library. I would learn a lot from that kind of project because it challenges students to explore controversial topics, but I don't know how we could possibly have an assignment like that now if the books are being removed from our own school library.

23.     Besides removing certain books from our libraries, it is my understanding that the District has decided to prohibit students from sharing books with each other.

24.     I commonly share books with my classmates and friends. Now that sharing books is apparently against the rules, it is harder to learn from each other and talk about books we enjoyed together. I also worry that I could get in trouble if I try to share books with my friends at school or if they try to share books with me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

5

Executed on December 18, 2024.

_____
C.C.