# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-

C.C. a minor, by and through her parent and next
friend KRISTEN CROOKSHANKS,

E.S., a minor, by and through his parent and next
friend MINDY SMITH,

NAACP – COLORADO – MONTANA –
WYOMING STATE AREA CONFERENCE ("NAACP"),

THE AUTHORS GUILD,

Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

Defendant.

**DECLARATION OF KRISTEN CROOKSHANKS IN SUPPORT OF PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

I, Kristen Crookshanks, hereby declare and state as follows:

    1.    I am over 18 years of age and a resident of Elizabeth, Colorado. I have personal knowledge of the following facts and if called to testify could and would competently do so.

    2.    I am currently the parent of a 16-year-old student, C.C., who attends Elizabeth High School. I intend for C.C. to continue to attend Elizabeth High School through high school graduation.

    3.    I also have a 19-year-old daughter who graduated from Elizabeth High School.

1

4. My daughter C.C. has always been a voracious reader. I encourage her reading habits because she is developing critical thinking skills, and I want her to be able to learn about a wide variety of topics both related and unrelated to what she is learning in class. If I tell C.C. what to think or prevent her from learning about certain topics or views, that will inhibit her personal growth.

5. I want C.C. to learn that there are lots of people in the world who don't look, live, or love like she does. Reading helps her understand that.

6. When my daughter is able to access a diverse array of books that are interesting to her, it makes her more excited to read and to discuss what she's reading with me. We are able to engage in spirited dinner-table discussions about values, academics, and politics when C.C. has access to interesting information.

7. I became concerned about censorship in Elizabeth School District when the school board cancelled the Scholastic book fair because of the content in Scholastic's books. I learned that the District had changed its book fair vendor from Scholastic to SkyTree Books, which promised a book fair without any LGBTQ content, critical race theory, foul language, explicit content, or dark magic. I started watching the school board more closely because I was concerned about my daughter losing access to books that she would enjoy and learn from.

8. When I learned that the Elizabeth School District was removing books from my child's school library, I was angry and disheartened. I believe all children in Elizabeth should have access to all of the books that the District removed. I don't want C.C. or her classmates to be deprived of access to books simply because her school board doesn't like them.

9. C.C. uses her school library and its resources, and she was devastated when she learned that the District was removing books from school libraries.

10. I want C.C. to have access to all of the following books, which were previously available in her school library: *The Hate U Give*, *Beloved*, *The Bluest Eye*, *The Kite Runner*, *The Perks of Being a Wallflower*, *Thirteen Reasons Why*, *Looking for Alaska*, *Nineteen Minutes*, *Crank*, *Glass*, *Fallout*, *Identical*, *Burned*, and *Smoke*.

11. When I read the list of books that the District removed from school libraries, it was clear to me that the District was targeting books about LGBTQ people and people of color.

12. By removing books like *#Pride: Championing LGBTQ Rights*, *The Perks of Being a Wallflower*, *You Should See Me in a Crown*, *It's Your World—If You Don't Like It Change It*, and *Melissa/George*, the District has stigmatized LGBTQ identities and book about those identities, which is particularly harmful to my family, because my daughter identifies as queer.

13. I want my daughter to see and read books about LGBTQ people in her school library and have access to books with characters she can relate to. I never want her to feel ashamed or alone because of her sexual orientation.

14. I am a member of the National Association of the Advancement of Colored People, and I believe in equal rights for people of all races. I believe reading books by authors of color about characters of color is crucial to developing empathy and understanding in our multicultural world.

15. C.C. is white, as are most of her classmates. I think it is important that C.C. have access to books about people of color to help her understand other people's experiences and to prepare her to participate in a diverse society. In particular, C.C. should be able to access books

by Toni Morrison, Angie Thomas, and Khaled Hosseini in her school library. By removing their books, the District has stigmatized them and their ideas.

16. The stigma is compounded by the books that the District has placed on the Sensitive Topic Book List, many of which also contain characters of color and/or LGBTQ characters. I don't want to receive a notification every time C.C. checks out a book that her school board believes is sensitive. I have different views on what is sensitive than the board does, and I don't want my child to think that there is anything wrong with reading books like *The Hunger Games* or *Anne Frank: Diary of a Young Girl*.

17. I value the diversity that exists in our community, and I want my daughter to have access to a diversity of books so that she can learn about other people's experiences and develop empathy and compassion for them.

18. I want my child to have access to all books that she wants to read, even if I or other parents disagree with the ideas or views in those books.

19. Sometimes C.C. does read books that I dislike or don't agree with. We learn more about each other and the topic of the book by talking about our disagreements and sharing our perspectives.

20. I understand that some of the books were removed because of sexual content that made school board members uncomfortable. C.C. is a mature 16-year-old who will soon apply to college. I don't want her to be denied access to books in her school library simply because they discuss sex. I would rather C.C. learn about these facets of human life from books than from the Internet or TV shows.

4

21.     I have read several of the books that were removed from the Elizabeth High School library, including *Beloved*, *Looking for Alaska*, and *Nineteen Minutes*. These books address difficult topics, but they also teach valuable lessons and have expanded my horizons. I want C.C. to be able to learn those lessons and be exposed to ideas that challenge her and help her grow. As she navigates adolescence and young adulthood, I want her to be informed about difficult issues like racism, discrimination, alcohol, drugs, sex, war, mental illness, and religion. I don't want C.C. to be afraid to learn about or discuss these topics because the District has stigmatized them.

22.     Because the District has stigmatized certain books and ideas, I fear I will be labeled as an irresponsible or inadequate parent for allowing C.C. to read books that school board members don't like. I was hesitant to sue my child's school district, but her access to diverse reading material—and other Elizabeth students' access to diverse reading material—is so important that I knew I needed to take action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2024.

_____
Kristen Crookshanks