# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-

C.C. a minor, by and through her parent and next
friend KRISTEN CROOKSHANKS,

E.S., a minor, by and through his parent and next
friend MINDY SMITH,

NAACP – COLORADO – MONTANA –
WYOMING STATE AREA CONFERENCE ("NAACP"),

THE AUTHORS GUILD,

Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

Defendant.

---

**DECLARATION OF MINDY SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

---

I, Mindy Smith, hereby declare and state as follows:

      1.     I am over 18 years of age and a resident of Elizabeth, Colorado. I have personal knowledge of the following facts and if called to testify could and would competently do so.

      2.     My son, E.S., is in preschool at Running Creek Elementary in the Elizabeth School District.

      3.     I intend for E.S. to continue to attend Running Creek Elementary through fifth grade. I intend for him to attend Elizabeth Middle School and then Elizabeth High School through graduation.

1

4.      E.S. uses the Running Creek Elementary school library, and he will continue to use the Running Creek Elementary school library as he gets older.

5.      I have a younger daughter who is not yet in preschool. I intend for her to attend Running Creek Elementary when she is old enough for preschool, and then Elizabeth Middle School, and then Elizabeth High School.

6.      It is important to our family that our children have access to a diverse array of reading materials so that they grow up to understand the value in many different ideas and viewpoints.

7.      When I heard that the school board had "temporarily suspended" books from our District's school libraries, I was angry and upset. When the school board solicited feedback on whether to return the books or not, I filled out their forms and expressed my view that each of the removed books should be returned to school libraries. I have read several of the books that were removed. None of them contain any information that I'm concerned about E.S. having access to in the school library.

8.      My husband, who was equally as upset about the removal of books from our child's school library as I was, also filled out the school board's feedback forms. He wrote that he would prefer that our child explore difficult subjects in an educational institution than learn about them from hearsay, whispers, gossip, and their peers, without the hope of open discussion and psychological safety.

9.      I do not want E.S. to be deprived of access to books just because his school board—or other parents in our district—disagree with the ideas in those books.

10.      By banning books like *Melissa* (formerly published as *George*) from my son's school library, the District is sending the message that it is not okay to be transgender—or even to

2

learn about transgender people and experiences. That creates an unwelcoming and unsafe environment in my son's school.

11.    When I look at the other books that the District has removed from our public school libraries, it is clear that the District is trying to prohibit students from learning about LGBTQ+ identities and critically acclaimed literature by and about people of color. In removing these books from our District's school libraries, the school board has stigmatized LGBTQ+ identity and discussions about race and racism.

12.    The school board has made the stigma even worse with its Sensitive Topic Book List. I understand that the purpose of that list is to notify parents when their children check out books on the list. But I don't want to receive those notifications *just for books that the school board dislikes*. I disagree with the school board about which topics are "sensitive" and which are not. My child should have unrestricted access to all of the books that were in his school library before the school board started removing the books they didn't like. I don't want him to think that some books or ideas are bad or wrong just because his school board disagrees with them.

13.    I don't want E.S. to be educated in an environment where LGBTQ+ people and people of color are stigmatized. I want him to learn about all different identities, experiences, and lifestyles. I want him to feel free to discuss differing viewpoints and explore challenging ideas.

14.    I am a member of the National Association of the Advancement of Colored People, and I believe that people of all races should be treated with respect and dignity.

15.    I want my son to learn about race and racism in America. One way to do that is to be exposed to books by and about people of color. I don't want the first lesson my son learns about Toni Morrison to be that her books were removed from school libraries by his school board.

3

16.    I want E.S. to have access to books about all kinds of people so that he can develop empathy and learn to understand other people's experiences.

17.    Having access to all kinds of interesting ideas and information is helpful in encouraging E.S. to develop his reading skills. I want him to realize that, the more he reads, the more he will be exposed to interesting ideas and viewpoints that might be different from his own. If the available reading materials are restricted to those that his school board agrees with, then E.S. will only be able to learn about a narrow selection of ideas. In other words, he will be less motivated to read if he can only read books his school board likes.

18.    I want E.S. to have the opportunity to browse *Melissa/George* in his school library. He should be able to check out the book if he finds it interesting or informative, or if he wants to bring it home so that we can read it together.

19.    I want E.S. to have the opportunity to browse *Redwood and Ponytail* in his school library. He should be able to check out the book if he finds it interesting or informative, or if he wants to bring it home so that we can read it together.

20.    I want E.S. to have the opportunity to browse books with all different viewpoints in his school library. I want him to be able to check out any book that he finds interesting or informative, even if it contains viewpoints that the school board dislikes.

21.    E.S. usually isn't interested in books that are above his reading level. However, when he sees a cover he likes or hears about a book that sounds interesting to him, I want him to be able to check out the book so that I can read it to him or with him, and we can discuss it together.

22.    E.S. often looks at books with other students in his class. Sharing books is important both to his education and his socialization. I want him to remain free to share and discuss books with others.

4

23.     I understand that the school board members, and some parents in our community,

will disagree with my decision to allow E.S. to read certain books—they might even view me as

an irresponsible parent for declining to censor my child's reading material. But I am raising E.S.

to be kind, re pectful, and considerate to all people in our diverse society. Just as I don't want him

to learn to judge people based on a single attribute about them, I don't want him to learn to judge

books based on a single page or theme-they contain. I believe that growing up with books that

express a diversity of views, ideas, and opinions is crucial to developing critical thinking skills,

understanding our complex world, and challenging injustice where we see it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on December 17, 2024.

Mindy Smith

5