# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-

C.C. a minor, by and through her parent and next
friend KRISTEN CROOKSHANKS,

E.S., a minor, by and through his parent and next
friend MINDY SMITH,

NAACP – COLORADO – MONTANA –
WYOMING STATE AREA CONFERENCE ("NAACP"),

THE AUTHORS GUILD,

Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

Defendant.

---

**DECLARATION OF PORTIA PRESCOTT IN SUPPORT OF PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION**

---

I, Portia Prescott, hereby declare and state as follows:

1.      I am over 18 years of age. I have personal knowledge of the following facts and if

called to testify could and would competently do so.

2.      I am the President of the NAACP – Colorado – Montana – Wyoming State Area

Conference. I am authorized to provide this declaration on behalf of this state conference.

3.      The National Association for the Advancement of Colored People (NAACP) was

founded in 1909 with the mission of ensuring political and educational equality for all people and

1

combatting racial discrimination. The organization works to promote policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all people of color. We advocate for equitable education policies to ensure that Black students and their peers have access to culturally relevant resources.

4.      The NAACP Colorado – Montana – Wyoming State Area Conference assists in the implementation of the mission of the NAACP in these three states. When school districts in Colorado take actions that will hinder the education of Black students and their peers, our mission and our members are harmed.

5.      The NAACP Colorado – Montana – Wyoming State Area Conference includes more than 2,000 members who reside in Colorado. While most of our members identify as Black or African American, we also have members who identify as white, Native American, of mixed descent, or other races.

6.      The NAACP aims to support all Black people and members of minority communities, regardless of membership in NAACP. We are a resource for members and nonmembers across the mountain west who encounter racial discrimination and other attempts to interfere with the education, safety, and well-being of Black people and other marginalized people.

7.      Our members include parents whose children attend Elizabeth public schools. They have shared that the Elizabeth School District's removal of books from school libraries has interfered with their children's ability to access books by and about people of color. They have also shared that, by removing Toni Morrison's *The Bluest Eye* and *Beloved*, Angie Thomas's *The Hate U Give*, Khaled Hosseini's *The Kite Runner*, and Leah Johnson's *You Should See Me in a*

2

*Crown* from school libraries, the District has cast a stigma over celebrated authors of color and their stories. Our members have also shared that many of the books that the District removed from school libraries were about LGBTQ rights or LGBTQ characters. By removing those books, the District is sending the message that there is something wrong with LGBTQ people—including students in Elizabeth schools.

8.      One NAACP member who has a child at Running Creek Elementary shared her belief that the District's removal of these books from school libraries stigmatizes the ideas they contain, and that this stigma interferes with her child's ability to learn and grow. Another member who has a child at Elizabeth High School shared that her daughter was devastated when the District removed books from her school library because she read the list of removed books to mean that gay students are not welcome in Elizabeth schools. Her daughter wants to check out the books that were removed from her school library, but now she cannot, because of the school board's political agenda.

9.      Some NAACP members removed their children from Elizabeth schools because of the District's decision to remove books from their school libraries. For example, one member who had a Fifth Grader enrolled in Running Creek Elementary saw the removal of books as yet another manifestation of racism in the District. She unenrolled her child in Elizabeth public schools because she wanted her daughter to be educated in a school that values her and doesn't deprive her of access to books about Black people she can relate to. Another member who had a preschooler enrolled in Running Creek Elementary unenrolled her child because she did not want her daughter subject to the Board's partisan whims. She wants her child to have access a wide variety of books,

3

and she does not want her child to think there is anything wrong with reading about LGBTQ+ people or people of color.

10.     Elizabeth's removal of books from Elizabeth's school libraries harms many of our members because it signals that there is something wrong with books that discuss racism, discrimination, and LGBTQ+ people. I was appalled to hear Elizabeth School Board members publicly refer to *Beloved* as "disgusting," as were many NAACP members. As the District continues to deprive students access to books that they personally find "disgusting" and to determine which other books are so "disgusting" that students should not be able to access them, our members and our members' children will continue to suffer the consequences. Students in Elizabeth public schools can no longer go to their school library to explore Toni Morrison's or Angie Thomas's perspectives on Black experiences in this country. They can no longer educate themselves about LGBTQ+ rights or history in their school libraries using books by Leah Johnson, Rebecca Felix, Alex Gino, or Mikki Halpin. This impacts their education, their personal development, and their well-being.

11.     Elizabeth School District's removal of books from school libraries runs directly counter to the NAACP's mission and our state conference's goals. While we advocate to educate children about racism and discrimination, the District has targeted these topics for removal from school libraries. While we advocate to make schools more equitable and welcoming to people of all races, genders, and sexualities, the District has indicated that stories by and about people of color and LGBTQ people are disgusting and deserve to be removed. While we fight to empower young students to explore challenging ideas and develop their critical thinking schools, the District

is excising materials that could help them do just that from their school libraries. The harms that

the District is inflicting on our members and our organization simply cannot be overstated.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on December 18, 2024.

*/s/ Portia Prescott*

_____
Portia Prescott, President of the NAACP – Colorado –
Montana – Wyoming State Area Conference