# Exhibit 5

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No: 1:24-cv-

C.C., a minor, by and through her parent and next friend
KRISTEN CROOKSHANKS,

E.S., a minor, by and through his parent and next friend
MINDY SMITH,

NAACP – COLORADO – MONTANA –WYOMING
STATE AREA CONFERENCE ("NAACP"),

THE AUTHORS GUILD,

Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

Defendant.

## DECLARATION OF ELLEN HOPKINS

I, Ellen Hopkins, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am over the age of 18 years. I have personal knowledge of the facts stated below. If I were called to testify, I could and would competently do so under oath.

2. I am an award-winning author of fourteen *New York Times* Bestselling novels-in-verse. My fifteenth young adult novel, *SYNC*, was published on August 27, 2024.

3. As a former freelance journalist, I have published hundreds of articles on various topics. I am also a regular speaker at schools, book festivals, and writers' conferences worldwide.

1

4. I am a member of The Authors Guild.

5. I have received many awards over my extensive career. In 2001, I received the Society of Children's Book Writers Charlotte's Web Award for outstanding contributions to children's literature by a new author. In 2013, I received the Joan F. Kaywell Award, which is given to an author who best represents an adolescent's overcoming of situations not in their own making—in such a way that provides significant hope to a reader. In 2015, I was inducted into the Nevada Writers Hall of Fame, where my name hangs beneath Mark Twain's.

6. I've also received many awards for several of the books that the Elizabeth School District removed from their high school library. With over 1.5 million copies sold, the *Crank* trilogy (*Crank,* 2004; *Glass,* 2008; *Fallout,* 2010) has received twenty-nine awards, including a Quills Award; the Book Sense Top 10; New York Public Library Recommended for Teens; three American Library Association/Young Adult Library Services Association Top Ten for Teens; an International Literacy Association Teens' Choice; an Abe Award; Soaring Eagle Award; and Green Mountain Book Award. The *Burned* duology (*Burned,* 2006; *Smoke*, 2013) has received multiple awards including a nomination for the National Book Award in 2007; two American Library Association Best Books for Young Adults Awards; a Children's Book Council Children's Choice Books Award finalist; an International Literacy Association Young Adults Award; and the Tayshas Reading Award. *Identical* was published in 2010, and received numerous awards, including a Kirkus Best Book for Teens; a New York Public Library Best Books for Teens; an American Library Association Quick Picks for Reluctant Readers; a Young Adult Library Services Association Top Ten Books for Teens; and the Pacific Northwest Young Readers Choice Award.

7. My first novel, *Crank,* is a semi-autobiographical novel in verse that delves into

the harrowing effects of drug use. The book is a fictionalized account of my daughter's teenage years and introduces Kristina Snow, a straight-A honor roll student, who is peer pressured into trying methamphetamines and then struggles with addiction. Its sequel, *Glass*, details her journey as she graduates from street meth to crystal meth, trafficking the drug to support her addiction. She is ultimately arrested and taken to jail. The third book in the trilogy, *Fallout*, moves into the points-of-view of her three oldest children, who have lost their mother to addiction.

8. *Crank* reflects my viewpoint on adolescent drug use, grief, and intimacy. This novel not only shines a light on the destructive nature of addiction but it also explores themes of family dynamics, identity, and resilience. *Crank* has received widespread acclaim for its honesty and lyrical verse, captivating readers while providing a voice for those who are often unheard. *Crank* is a required text in many high school English classes. Teachers have told me that *Crank*, and many of my other books, inspire critical conversations in classrooms.

9. I have heard from thousands of readers who say *Crank* helped them turn away from drugs or offered insight into a loved one's addiction. One reader wrote to me: "I'm honored to get this opportunity to tell you that *Crank* saved my life, opened my eyes to the world I was exposing myself to and rapidly getting drowned in. And then, two years later it did the very same for my little brother who found it in my moving boxes and read it thinking it was a teen book about kids doing drugs. He was doing meth the night he read it, with his at the time girlfriend. They quit the very next day. Thank you Ellen, you've touched our lives forever and I'll always be more thankful than you'll ever know for your books."

10. *Identical* is about twin sisters whose father is abusing one of them. Publisher's Weekly's starred review of the book states: "Brief, gutsy confessions reveal a history of sexual abuse and emotional neglect, and it's not clear that both girls will survive it. Hopkins's verse is

3

not only lean and sinuous, it also demonstrates a mastery of technique." Kirkus, an industry-trusted source for book reviews, also gave it a star, which I understand is only awarded to a small percentage of the thousands of books reviewed each year. Kirkus wrote "Hopkins's gift with free verse reaches new heights in this portrait of splintered identical twins . . . Kaeleigh and Raeanne maintain distinct voices throughout as they wrestle with psychic damage and an astonishing, devastating realization. Sharp and stunning, with a brilliant final page."

11. With *Identical,* childhood sexual abuse is a pervasive problem. Unfortunately, the perpetrator is sometimes a parent, and in those cases the victims are often unaware that it is wrong. And for those who do, many are afraid no one will believe them if they ask for help. A reader once wrote to thank me for "not closing the door. Because when you do, people don't believe something's happening behind it." I want readers to understand that yes, it is wrong and yes, someone will believe them. That there is help, and to encourage them to ask for it sooner rather than later. And for readers not experiencing it, to develop understanding of the issue, and empathy for victims. Maybe even to offer help.

12. *Burned* and its sequel, *Smoke*, tell the story of Pattyn von Stratten, the oldest of seven sisters raised in a religious but abusive home. Pattyn has questions about God and her place in the world, but when she experiences the first stirrings of love and her father finds her in a compromising situation, things spiral out of control. Founded in 1978, Voice of Youth Advocates, or (VOYA), magazine is the leading library journal dedicated to the needs of young adult librarians, the advocacy of young adults, and the promotion of young adult literature and reading. *Voya's* starred review had this to say: "The book is rife with real issues and demanding attention, leaving the reader to realize that when the smoke clears, redemption is always possible

4

. . . the character's decisions transcend the page and leave much to be discussed and contemplated among readers."

13. Similarly, with *Burned* and *Smoke*, express my viewpoints on family problems, alcoholism, and physical abuse. I want readers to know there is help if you know where to go or who to ask, or how to recognize solutions to the problem. My goal is to shine a light on the problem, and show a way out. All of my books, including these, offer resources in the back matter for people experiencing the issues I'm writing about. The journeys might be fictional, but satisfying endings can be very real.

14. My novels address teenage struggles, including the perils of addiction, sexual desire, mental health, and abuse, and express my viewpoints on these topics. My goal is to connect through words with young adults on the brink of making dangerous choices and bring perspective through cautionary tales.

15. Many of my books have provided young adults with the resources they need to navigate the challenges of their teen years. I have heard from thousands of teens over the years who have said that my books helped them navigate difficult situations and avoid going down dangerous paths. My books have resonated with countless readers, offering a mirror for their struggles and a roadmap to understanding the complexities of young adulthood.

16. Because my books are written in verse, they contain fewer words than most novels, but just as much substance. I use poetry to express complex ideas in an accessible way. I have heard from many teenagers who didn't think of themselves as 'readers' or struggled to finish entire novels until they discovered my books in verse. My books help them develop their reading skills and foster an appreciation for language and literature.

17. School libraries are important to my work and livelihood. Many of my readers

5

first find my books there, and schools have hired me to come and speak with students about my books, including those removed from Elizabeth School District libraries.

18. Elizabeth School District's book ban silences important dialogues by preventing students from encountering my books in the first instance. Labeling my books as "sensitive" or inappropriate for students—let alone removing them from school libraries—stigmatizes me, the ideas and viewpoints contained in my work, and the students who read my books.

19. Elizabeth's removal of my books from their high school library limits my ability to reach my intended audience and diminishes the opportunities for open dialogue about difficult subjects. Such censorship denies readers—especially young people—the chance to immerse themselves in stories that validate their experiences, broaden their perspectives, and foster empathy. I fear that other school districts will copy Elizabeth School District and similarly remove my books from their school library shelves because they disagree with the ideas and viewpoints I express in those books.

20. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of December 2024, in Cape Girardeau, Missouri

Ellen Hopkins

6