# Exhibit 6

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No: 1:24-cv-

C.C., a minor, by and through her parent and next
friend KRISTEN CROOKSHANKS,

E.S., a minor, by and through his parent and next
friend MINDY SMITH,

NAACP – COLORADO – MONTANA –
WYOMING STATE AREA CONFERENCE ("NAACP"),

THE AUTHORS GUILD,

Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

Defendant.

### DECLARATION OF ALEX GINO

I, Alex Gino, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am an author whose work has been instrumental in fostering understanding and acceptance of LGBTQIAP+ (Lesbian, Gay, Bisexual, Transgender, Queer or Questioning, Intersex, Asexual or Aromatic Pansexual and + to include any other not listed identity under the umbrella of sexualities and genders or lack thereof.) identities, particularly among young readers. I've written five middle-grade books: *Green*, *Alice Austen Lived Here, Rick*, *You Don't Know Everything, Jilly P!*, and *Melissa* (sometimes referred to as *George*, including by Elizabeth County School District ("ESD"), however, the proper title is *Melissa*).

1

2. I am currently a member of The Authors Guild.

3. I believe LGBTQIAP+ people deserve the same rights, respect, and resources as all other people.

4. My debut novel, *Melissa* (originally published as *George* in 2015), tells the story of Melissa, a transgender girl who struggles to be seen and accepted for who she truly is. The main character was given the name George at birth, but the character does not want to use that name for herself—she uses Melissa. When people look at George, they think they see a boy. But she knows she is not a boy. George thinks she will have to keep this a secret forever. *Melissa* offers an authentic portrayal of a child navigating gender identity while addressing themes of courage, self-discovery, acceptance, and friendship.

5. *Melissa* has received numerous accolades including the American Library Association's prestigious Stonewall Book Award for exceptional LQBTQIAP+ children's literature and a Lambda Literary Award. It has also won the Children's Choice Book Awards for Debut Author and the Juvenile California Book Award, and it has been named to several "best of" lists, including Audiofile's *Top 100 Kids Books of All Time*. *Melissa* has been published in fourteen languages to reach young readers throughout the world. Through my novel, I share my viewpoints and creative expression.

6. I did not see any positive depictions of LGBTQIAP+ people in media growing up. The first time I found the word *genderqueer,* it was written in a book. I was 19 and I finally felt real. I had language to describe who I was and knowledge that there were other people like me as a genderqueer (or nonbinary) person. In *Melissa,* I wrote the sort of book I wish I had read growing up, so that young transgender people today might not be as alone as I was. *Melissa* expresses my viewpoint on gender identity.

7.       Despite its accolades and impact, my novel has been removed from ESD's libraries. Removing books like mine from school libraries silences vital narratives and reinforces stigmas and misunderstandings about the LQBTQIA+ community. By removing *Melissa* from its bookshelves, ESD denies young readers the opportunity to see themselves reflected in the literature and sends the message that there is something bad or wrong with stories about people like them. Removing *Melissa* from school libraries denies students access to a story that fosters empathy and inclusivity.

8.       *Melissa* is a vital resource for children, educators, and parents seeking to better understand gender diversity. I have received hundreds of emails and other correspondence from readers who have been impacted positively by *Melissa.* Young transgender people have felt seen and young cisgender people have expanded their empathy for their transgender friends and family. Adults tell me about how *Melissa* has helped the children in their lives—as well as themselves—learn and grow. Many adult LGBTQIAP+ people tell me that my story helps to heal deep, old emotional wounds, and that they wish they had had access to a book like *Melissa* when they were Melissa's age (fourth grade). I have spoken with adults who have been guided towards compassion for their children and grandchildren through Melissa's story, and children who have been bolstered by *Melissa* to tell people who they are. I have spoken at over a hundred public libraries and schools, from elementary through university levels, sharing the importance of being ourselves and seeing each other for who we are. I regularly hear that thoughtful conversations about empathy and kindness extend into the weeks after my visit. Stories like *Melissa* help LGBTQIAP+ youth by providing connection and fostering empathy in those who might otherwise cause them physical and/or emotional harm.

9.       Many of my readers are children. Many lack the resources or ability to access my

3

books outside of the school library. Removing my books from school libraries makes it functionally impossible to reach my audience. By removing my book from its libraries, ESD is preventing me from communicating my viewpoint with young Americans who attend schools in ESD. I fear that other school districts will see how ESD is treating *Melissa* and the viewpoint I express through that book and also remove my books from their library shelves.

10. In the past two years, my writing income has dropped drastically. This drop reflects the harmful impact of book bans across the country. Royalties fluctuate, but in 2021-23, I earned an average of $15,245 every six months. My latest bi-annual royalty check totaled only $5,752, and the check before that was for $8,168. Further, I am receiving a fraction of the speaker invites I did a few years ago – at schools, libraries, and professional conferences. In 2022, I received $37,003 in honoraria from 24 groups. In 2023, I earned $18,565 from sixteen groups. This year, I have received $12,250 for appearances from only six groups. I have appearances scheduled with one group (Lambda Literary Writers in Schools) for $700 in 2025. These are tangible outcomes caused by the recent surge in book bans, including the ban in place in ESD. The surge in book bans has created a chilling effect, leading schools and school districts to omit my books from their collections due to perceived controversy over the viewpoints and ideas expressed in them. Additionally, due to the decline in royalty and speaker-related income, I have had to take on part-time work as a Personal Care Assistant, which leaves me less time to work on future books, limiting my future income and ability to continue to share my ideas and viewpoints with readers. My writing time and state of mind are also negatively impacted by media and individuals reaching out to me to respond to book bans like the one in place in ESD.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on this __18th__ day of _December_ 2024 in __Shutesbury___, Massachusetts.

4

_Alex Gino_

Alex Gino

5