# Exhibit 7



# REQUEST FOR BOARD ACTION

**To:** ESD Board of Education
**From:** ESD Chief Academic Officer, Kim Moore
**Date:** August 5, 2024
**Business Date:** August 12, 2024
**Subject:** 9.7 Library Sensitive Topic Protocol and Book Lists

## Recommendation
Approve protocol and book lists as presented.

## Background and Findings:
During the 2023-24 school year, the Board Curriculum Review Committee (BCRC), worked to develop a protocol regarding handling books that may contain sensitive topics. The BCRC drafted a protocol that would provide guidelines for identifying books and creating a sensitive topic book catalog that would be available to parents. The protocol also provides an option for parents to opt their children out from being able to check out identified books. It also provides guidance that parents will receive an email if their child does check a book that is identified as being in the sensitive topic list.

The BCRC also worked during the spring to identify books that should be flagged in Destiny that contain sensitive topics. The list should be reviewed and approved by the BOE before books are flagged in Destiny.

Members of the BCRC also identified books that were considered to contain highly sensitive topics and suggested these be further scrutinized by public review and determined if they should remain in the library collection. These books are suggested to be offered for public review and then a determination made by the board as to whether they should be weeded from the library collection,   The list of identified books is attached along with a suggested public input form that will accompany the public display in the district office.



# Elizabeth School District
# Library Services Guiding Protocols

The Elizabeth School District's mission is to provide students with excellent learning opportunities that inspire a passion for learning, develop individual potential, and prepare them for a successful future. This requires access to resources facilitating such passion and interest. Additionally, Elizabeth School District believes that parental involvement and community collaboration are equally necessary to ensure students' most effective educational services pursuant to the District's educational philosophies and goals. To that end, the Board Curriculum Review Committee, and pursuant to District policy, has developed the following guiding protocols to ensure a consistent, transparent, and balanced approach to library services.

**Purpose of Library Services**
Library services in the Elizabeth School District aim to ensure students have access to age-appropriate materials necessary to facilitate the district's mission of providing students with excellent learning opportunities that inspire a passion for learning.

**System of Transparency**
The system of transparency within the Elizabeth School District library system is anchored in three primary protocols: a well-defined and consistent process for the ongoing analysis of resources and obtaining future materials, parental access to their student's circulation history and the library registry, and a notification system to inform parents and guardians of materials their students is attempting to access which have been flagged for sensitive content.

**Library materials** include any print or nonprint materials that are available to students for general use through the District schools' libraries and classrooms, including books, e-books, material available in a digital library database, streaming videos, sound recordings, periodicals, newspapers, applications and subscription content in any form, along with any films or videos in any format.

## *Protocol 1 - Analysis and Selection Process*
This protocol, in conjunction with related District policies, is established to ensure the review of library materials in the District is conducted in a manner that promotes the educational needs and values of the community and considers age-appropriateness.  It seeks to ensure transparency in the management of library materials in the District and aims to promote openness and accountability in providing access to educational resources for students and the school community.

- Library and/or district staff as well as members of the BCRC will evaluate existing library materials for potential age-level sensitive content using the following

resources: Goodreads, Trigger Warning Database, Book Trigger Warnings, booklooks.org, and/or Junior Library Guild. Staff will also evaluate any parent/guardian identified books of concern which are brought to the BCRC or district administration for review. Although any flag for sensitive content will be considered for age-level appropriateness, special attention will be given to: graphic violence, sexual content, profanity/obscenity, ideations of self-harm or mental illness, religious viewpoints, drug or excessive alcohol use, racism/discrimination. Materials reviewed and flagged may be purchased if the school principal confirms that such library materials will contribute to the attainment of course objectives directly related to Board-adopted academic standards. However, these materials will be considered for labeling as sensitive content and reported to the BCRC in the annual library services summary, or as otherwise required.

- All materials maintained and purchased by schools are to facilitate the district's mission of providing students with excellent learning opportunities that inspire a passion for learning, developing individual potential, and preparing them for a successful future.

- Library and/or district staff as well as members of the BCRC will analyze the school library resources on an ongoing basis to determine the needs and appropriateness of library materials reporting at least annually to the Chief Academic Officer, the BCRC, and BOE. At a minimum, this includes:
    - Conducting an analysis of the catalog of all materials within the library catalog to determine which of them may require further consideration;
    - Comparing the catalog against an appropriate book list as recommended by the Board Curriculum Review Committee. Any materials identified as potentially concerning will be shared with the Chief Academic Officer who will share with the Board Curriculum Review Committee (BCRC) annually in a library services summary before December 1st of each school year, and as otherwise required when specific library materials are brought up as a concern by a parent/guardian.
    - Purchases may be made from any vendor unless specifically excluded by School Board direction. All suggested material purchases will be approved by the Chief Academic Officer prior to purchase.
    - In the event that materials are provided directly to the school from library services (such as bulk shipments), and not deliberately chosen by the school's library staff, staff will review each item for educational and grade-level appropriateness, and will evaluate the material using the previously referenced resources for flags of sensitive content.
- In the event any materials are determined to be inappropriate based on age level, flags, or lacking educational merit, these materials will be brought to the principal of the school for further consideration. The principal will bring the materials to the Chief Academic Officer who will present the information to the

BCRC which will make a recommendation to the Chief Academic Officer and the Elizabeth School Board of Education. Examples include adding or deleting titles on the sensitive content catalog.

### *Protocol 2 - Sensitive Content Catalogs*

Elizabeth School District will develop and maintain **sensitive content catalogs according to these protocols and applicable District policy**. This catalog will be created through the review of current materials and review of materials prior to purchase using the BCRC recommended book review sites. The books identified as containing age level sensitive content, will be flagged within Destiny as containing sensitive topics and placed on the Sensitive Topic Catalog list which will be updated throughout the year.

All parents/guardians will be automatically set up to have control over their student's access to materials listed in the sensitive content catalog by the following criteria:
- All parents will automatically receive an email from Destiny when their student checks out a book from the Sensitive Topic Catalog.
- If parents/guardians choose, they may OPT OUT their student from being able to check out any book in the Sensitive Topic Catalog.
- If parents/guardians OPT OUT their student from the Sensitive Topic Catalog, the student will be told by the librarian, "According to your parents, you are not allowed to check out this book."
- The student will be advised that if they want to check out the book, they will need to talk with their parents and have their parents/guardians contact the librarian directly.

### *Protocol 3 - Parental Access to Library Catalog and Student History*

Elizabeth School District recognizes parent/guardian rights and responsibilities as they pertain to the educational system for their students. This requires transparency not only in the process but also in access. Therefore, Elizabeth School District shall maintain open access for parents and guardians to their student's library account through a parental portal as well as full access to the entire school library catalog. This permits parents/guardians to review, at their discretion and convenience, any materials their student is checking out through the school library.

The following protocols outline the process and guidelines for sensitive topic catalogs:
- All materials will be evaluated first with regard to educational merit and attainment of course objectives as they relate to Board-adopted academic standards and as to whether they contain Sensitive Topics as described: graphic violence, sexual content, profanity/obscenity, ideations of self-harm or mental illness, religious viewpoints, drug or excessive alcohol use, racism/discrimination.
- Sensitive Topic Catalogs will exist, and be available upon request.
- Items will be added to the sensitive topic catalog at the school and/or district's discretion based on flags as outlined in Protocol 1.
- Titles not in the sensitive content catalog may be referred to the school or district by parents for consideration and will be evaluated as outlined in Protocol 1.

- District will ensure the Destiny Catalog system issues a pop-up warning when a student attempts to check the material out on a sensitive topic catalog.

| **Temporarily Suspended Books** | | |
|---|---|---|
| **Title** | **Author** | **Location** |
| The Hate U Give | Angie Thomas | EMS & EHS |
| Thirteen Reasons Why | Jay Asher | EMS & EHS |
| #Pride: Championing LGBTQ Rights | Rebecca Felix | EMS |
| You Should See Me in a Crown | Leah Johnson | EMS |
| It's Your World---If You Don't Like It, Change It | Mikki Halpin | EMS |
| The Kite Runner | Khaled Hosseni | EHS |
| Beloved | Toni Morrison | EHS |
| The Bluest Ey | Toni Morrison | EHS |
| The Perks of Being a Wallflower | Stephen Chbosky | EHS |
| Looking for Alaska | John Green | EHS |
| Nineteen Minutes | Jodi Picoult | EHS |
| Speak | Laurie Anderson | EHS |
| Identical | Ellen Hopkins | EHS |
| Fallout | Ellen Hopkins | EHS |
| Glass | Ellen Hopkins | EHS |
| Burned | Ellen Hopkins | EHS |
| Crank | Ellen Hopkins | EHS |
| Smoke | Ellen Hopkins | EHS |
| George | Alex Gino | RCE |

**ESD Sensitive Topic Draft Book List**

| Title | Author | School Catalog | Flagged for: |
|---|---|---|---|
| 1984 George Orwell | George Orwell | EHS | Graphic Violence |
| A Clockwork Orange | Anthony Burgess | EHS | Graphic Violence |
| Anne Frank: Diary of a Young Girl | Anne Frank | EHS | Sexual Content |
| Ashes to Ashes | Jenny Han and Siobhan Vivian | EHS | Graphic Violence |
| Assassins | Tim LaHaye and Jerry B. Jenkins | EHS | Religious Viewpoints |
| Athletic Shorts | Chris Crutcher | EHS | Sexual Content |
| Beloved | Toni Morrison | EHS | Sexual Content |
| Beyond Magenta - Transgender teens speak out | Susan Kuklin | EHS | Sexual Content |
| Bhagavad Gita Annotated and Explained | Shri Purohit Swami | EHS | Religious Viewpoints |
| Bhagavad Gita for modern times - secrets to attaining inner peace & harmony | Call # 294.5 BHA | EHS | Religious Viewpoints |
| Bless Me Ultima | Rudolfo Anaya | EHS | Profanity/Obscenity |
| Bless Me, Ultima | Rudolfo Anaya | EHS | Profanity/Obscenity |
| Brave New World | Aldous Huxley | EHS | Sexual Content |
| Brigham Young pioneer prophet | John G. Turner | EHS | Religious Viewpoints |
| Buddhism | Winston King | EHS | Religious Viewpoints |
| Buddhism | Patricia D. Netzley | EHS | Religious Viewpoints |
| Buddhists, Hindus and Sikhs in America | Gurinder Singh Mann | EHS | Religious Viewpoints |
| Burn for Burn | Jenny Han and Siobhan Vivian | EHS | Graphic Violence |
| Burned | Ellen Hopkins | EHS | Drug or excessive … |
| Catcher in the Rye | JD Salinger | EHS | Profanity/Obscenity |
| Critical Perspectives on Islam and the Western World | JOnathan Johansen | EHS | Religious Viewpoints |
| Decoding the past secrets of the Koran | DVD - HIstory Channel | EHS | Religious Viewpoints |
| Desecration | Tim LaHaye and Jerry B. Jenkins | EHS | Religious Viewpoints |
| Drinking and driving kills | Danielle Dardashti | EHS | Drug or excessive … |
| Early Islam | Stewart Desmond | EHS | Religious Viewpoints |
| Eleanor & Park | Rainbow Rowell | EHS | Sexual Content |
| Empire of the Islamic World | Robin S. Doak | EHS | Religious Viewpoints |
| Ender's Game | Orson Scott Card | EHS | Graphic Violence |
| Fallen Angels | Walter Dean Myers | EHS | Graphic Violence |
| Fallen Angels | Walter Dean Meyers | EHS | Profanity/Obscenity |
| Fire with Fire | Jenny Han and Siobhan Vivian | EHS | Graphic Violence |
| Gay Power!  the Stonewall Riots and the gay rights movement 1969 | Betsy Kuhn | EHS | Sexual Content |
| Glass | Ellen Hopkins | EHS | Drug or excessive … |
| Go Ask Alice | Anonymous | EHS | Sexual Content |
| Hinduism | Gregory Kozlowski | EHS | Religious Viewpoints |
| Hinduism | Madhu Bazaz Wangu | EHS | Religious Viewpoints |
| Hinduism | Thomas Streissguth | EHS | Religious Viewpoints |
| House of Night (series) | P.C. Cast | EHS | Sexual Content |
| I know Why the Caged Bird Sings | Maya Angelou | EHS | Sexual Content |
| I Know Why the Caged Bird Sings | Maya Angelou | EHS | Sexual Content |
| Inside Mecca | DVD | EHS | Religious Viewpoints |
| Into the Bright Open - A Secret Garden Remix | Cherie Dimaline | EHS | Sexual Content |
| Islam | Charles Adams | EHS | Religious Viewpoints |
| Islam | Lauri S. Friedman | EHS | Religious Viewpoints |
| Islam empire of faith | Jonathan Grupper | EHS | Religious Viewpoints |
| Islam World Religions | Matthew S. Gordon | EHS | Religious Viewpoints |
| Islamophobia | Dedria Bryfonski | EHS | Religious Viewpoints |
| Joseph Smith | Robert Vincent Remini | EHS | Religious Viewpoints |
| Kaffir Boy | Mark Mathabane | EHS | Sexual Content |
| Leah on the Offbeat | Becky Albertalli | EHS | Sexual Content |
| Monster | Walter Dean Meyers | EHS | Graphic Violence |
| More Than a Carpenter | Josh McDowell | EHS | Religious Viewpoints |
| Mormons in America | Claudia Lauper Bushman | EHS | Religious Viewpoints |
| Night | Elie Wiesel | EHS | Graphic Violence |
| One Flew Over the Cukoo"s Nest | Ken Kesey | EHS | Sexual Content |
| Slaughterhouse Five | Kurt Vonnegut | EHS | Graphic Violence |
| The  Remnant | Tim LaHaye and Jerry B. Jenkins | EHS | Religious Viewpoints |
| The Absolutely True Diary of a Part-Time Indian | Sherman Alexie | EHS | Sexual Content |

| | | | |
|---|---|---|---|
| The Bluest Eye | Toni Morrison | EHS | Graphic Violence |
| The book of Mormon - an account written by the hand of Mormon upon plates taken from... | Joseph Smith | EHS | Religious Viewpoints |
| The Chocolate War | Robert Cormier | EHS | Profanity/Obscenity |
| The Color Purple | Alice Walker | EHS | Racism/discrimination |
| The Color Purple | Alice Walker | EHS | Graphic Violence |
| The Essence of Buddhism - how to bring spiritual meaning into every day | Carole M. Cusak | EHS | Religious Viewpoints |
| The Giver | Lois Lowry | EHS | Ideations of Self-H… |
| The Handmaid's Tale | Margaret Atwood | EHS | Sexual Content |
| The Holy Bible | Holy Spirit | EHS | Religious Viewpoints |
| The Hunger Games | Suzanne Collins | EHS | Graphic Violence |
| The Indwelling | Tim LaHaye and Jerry B. Jenkins | EHS | Religious Viewpoints |
| The Kite Runner | Khaled Hosseini | EHS | Sexual Content |
| The Koran | Series - Bantam Classic | EHS | Religious Viewpoints |
| The Koran - a very short introduction | Michael Cook | EHS | Religious Viewpoints |
| The Mark | Tim LaHaye and Jerry B. Jenkins | EHS | Religious Viewpoints |
| The night trilogy - NIGHT, DAWN, DAY | Elie Wiesel | EHS | Graphic Violence |
| The Perks of Being a Wallflower | Stephen Chbosky | EHS | Sexual Content |
| The Spread of Islam | John Dunn | EHS | Religious Viewpoints |
| To Kill a Mockingbird | Harper Lee | EHS | Racism/discrimination |
| Tokyo Ghoul 7 (NOTE there is an entire series, apparently up to 10) | Sui Ishida | EHS | Graphic Violence |
| Twilight | Elie Wiesel | EHS | Graphic Violence |
| Understanding Islam | Beverly A. James | EHS | Religious Viewpoints |
| Women in Islam | Margaret Speaker Yuan | EHS | Religious Viewpoints |
| BHA | Jan Thompson | EMS | Religious Viewpoints |
| Anne Frank: Diary of a Young Girl | Anne Frank | EMS | Sexual Content |
| Averroes (Ibm Rushd): Scholar of Classical and Islamic Philosophy | Bridget Lim | EMS | Religious Viewpoints |
| Being Transgender in America (Part of above series) | Duchess Harris, JD, PhD | EMS | Sexual Content |
| Buddhism | Anita Ganeri | EMS | Religious Viewpoints |
| Buddhism | Mel Thompson | EMS | Religious Viewpoints |
| Buddhist Festivals Throughout the Year | Anita Ganeri | EMS | Religious Viewpoints |
| Eleanor & Park | Rainbow Rowell | EMS | Sexual Content |
| Ender's Game | Orson Scott Card | EMS | Graphic Violence |
| Growing up LGBTQ (PART OF A SERIES: Being LGBTQ in America) | Duchess Harris, JD, PhD | EMS | Sexual Content |
| Hindu Festivals Throughout the Year | Anita Ganeri | EMS | Religious Viewpoints |
| HInduism | Das Rasamandala | EMS | Religious Viewpoints |
| HInduism | Ranchor Prime | EMS | Religious Viewpoints |
| His Dark Materials Series Bk 1 The Golden Compass | Phillip Pullman | EMS | Religious Viewpoints |
| House of Night (series) | P.C. Cast | EMS | Sexual Content |
| Islam | David Self | EMS | Religious Viewpoints |
| Muslim Festivals Throughout the Year | Anita Ganeri | EMS | Religious Viewpoints |
| My Brother Sam is dead | James Lincoln Collier | EMS | Profanity/Obscenity |
| Nasreen's Secret School | Jeanette Winter | EMS | Religious Viewpoints |
| Speak Up! | Rebecca Burgess | EMS | Sexual Content |
| The Giver | Lois Lowry | EMS | Ideations of Self-H… |
| The Hunger Games | Suzanne Collins | EMS | Graphic Violence |
| The Kids Book of World Religions | Jennifer Glossop | EMS | Religious Viewpoints |
| The King James Bible: Christianity's Definitive Text | Phyllis Corzine | EMS | Religious Viewpoints |
| To Kill a Mockingbird | Harper Lee | EMS | Racism/discrimination |
| Zenobia July | Lisa Bunker | EMS | Sexual Content |
| Bridge to Terabithia | Katherine Patterson | Running Creek | Religious Viewpoints |
| Ender's Game | Orson Scott Card | Running Creek | Graphic Violence |
| House of Night (series) | P.C. Cast | Running Creek | Sexual Content |
| Noah's Ark | Jerry Pinkney | Running Creek | Religious Viewpoints |
| Skippyjon Jones (series) | Judith Schachner | Running Creek | Racism/discrimination |
| The Camel in the Sun | Griffin Ondaatje | Running Creek | Religious Viewpoints |
| The Creation | Stephen Mitchell | Running Creek | Religious Viewpoints |
| The Giver | Lois Lowry | Running Creek | Ideations of Self-H… |
| The proudest blue: a story of hijab and family | Ibitha Muhammad | Running Creek | Religious Viewpoints |
| Two by Two | Barbara Reid | Running Creek | Religious Viewpoints |
| Daughters of Eve - Strong Women of the Bible | Lillian Hammer Ross | Singing Hills | Religious Viewpoints |

| Title | Author | List | Reason |
|---|---|---|---|
| Dinner in the Lions' Den | Bob Hartman | Singing Hills | Religious Viewpoints |
| Illustrated dictionary of religions: rituals, beliefs and practices from around the world | Philip Wilkinson | Singing Hills | Religious Viewpoints |
| Noah | Patricia Lee Gauch | Singing Hills | Religious Viewpoints |
| Noah's Ark | CALL# E SPI | Singing Hills | Religious Viewpoints |
| Noah's Ark | Jerry Pinkney | Singing Hills | Religious Viewpoints |
| Ramadan | Kieran Walsh | Singing Hills | Religious Viewpoints |
| Ramadan | Molly Aloian | Singing Hills | Religious Viewpoints |
| Scary Stories to tell in the Dark | Alvin Schwartz | Singing Hills | Graphic Violence |
| Skippyjon Jones (series) | Judith Schachner | Singing Hills | Racism/discrimination |
| The Bible Story (Individual listings for Volumes 1 - 10) | Arthur Maxwell | Singing Hills | Religious Viewpoints |
| The Children's Illustrated Bible | Selina Hastings | Singing Hills | Religious Viewpoints |
| The Christmas Star | Marcus Pfister | Singing Hills | Religious Viewpoints |
| The Giver | Lois Lowry | Singing Hills | Ideations of Self-H… |
| The Librarian of Basra | Jeanette Winter | Singing Hills | Graphic Violence |
| The Little Lama of Tibet | Lois Raimondo | Singing Hills | Religious Viewpoints |
| The mysterious visitor - Stories of the Prophet Elijah | Nina Jaffe | Singing Hills | Religious Viewpoints |
| The Stable Where Jesus was Born | Rhonda Gowler Greene | Singing Hills | Religious Viewpoints |
| The Ten Commandments | Patricia Daniels | Singing Hills | Religious Viewpoints |
| What I believe | Alan Brown | Singing Hills | Religious Viewpoints |