# Exhibit 8

## Elizabeth
SCHOOL DISTRICT

# BOOK REVIEW FORM

Name: _____

Where do your children attend school: _____

Phone: _____     Email: _____

Book Title: _____

Recommended Disposition of Book:  I think this book should be ...

_____   Returned to the library and listed on the sensitive topic list

_____   Removed from the library collection

Reasons for the recommendation above:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____