# Exhibit 9

| | |
|---|---|
| **From:** | Dan Snowberger on behalf of Dan Snowberger <dsnowberger@esdk12.org> |
| **To:** | Mary Powell |
| **Cc:** | Rhonda Olsen; Heather Booth; Brad Miller; Jaimee Glazebrook |
| **Bcc:** | ESD Board Members |
| **Subject:** | Re: Board Update - Week of July 29 |
| **Date:** | Monday, August 5, 2024 8:16:50 AM |
| **Attachments:** | Screenshot 2024-08-04 at 2.08.20 PM.png |

I am very comfortable with substituting "out of classrooms" in my language. I'll consider that to be the direction since I've heard from three of you unless directed otherwise. Thanks for the feedback. Just want to make sure I'm taking your lead as a board. I think this is very much understandable by our staff and will be appreciated by all staff.

Dan

On Mon, Aug 5, 2024 at 8:13 AM Mary Powell <mpowell@esdk12.org> wrote:
> out of classrooms is probably best wording.
>
>> On Mon, Aug 5, 2024, 7:58 AM Rhonda Olsen <rolsen@esdk12.org> wrote:
>> These are all great points. Dan, thank you for taking much needed steps toward accountability and unifying around our vision for the district. I agree with Heather and understand her concerns regarding the verbiage. Our vision for the district could be considered by some to be conservative based. We were very vocal about getting a superintendent and legal representation with conservative values so technically, to say keep it out of our schools would be confusing. I may have said that in error in the past as well. We don't have to bang drums (we already have). We will just move forward saying out of classrooms. We all know where we stand, keep the politics out of the classroom and the focus on academics and not ideologies.
>>
>> Thanks
>>
>> Rhonda
>>
>>
>>> On Sun, Aug 4, 2024 at 6:15 PM Heather Booth <hbooth@esdk12.org> wrote:
>>> I'll let everyone weigh in on it. I really just think it's the wording for me but I'm open to what everyone else says too.
>>>
>>> Heather
>>>
>>>> On Sun, Aug 4, 2024 at 5:54 PM Dan Snowberger <dsnowberger@esdk12.org> wrote:
>>>> I'm not opposed to the change, Heather. This has been what we've spoken about since I've been hired so it's just important that I know how the board wants to frame this. I certainly will take the boards direction.
>>>>
>>>> Dan Snowberger
>>>> Superintendent
>>>> Elizabeth School District
>>>>
>>>> Sent from my iPhone

On Aug 4, 2024, at 3:32 PM, Heather Booth <hbooth@esdk12.org> wrote:

Hi Dan,

I wanted to follow up on your email. First of all, I want to say that it addressed many important points. However, there's something I should have mentioned earlier, and I apologize for not bringing it up sooner.

We need to be cautious about the way we frame our stance on politics in our schools. While I completely agree that we must keep politics out of the classroom and shield our students from partisan influences, it's equally important to remember that our commitment to conservative values was a key aspect of our campaign. We all ran on a platform that promised to uphold these values in our district, reflecting the majority sentiment of our community.

It's crucial that as we navigate these discussions, we remain mindful of the promises we made and the values we pledged to support. By doing so, we can maintain our integrity and ensure that our actions align with the expectations of those who elected us. As I like to say "we need to keep politics out of the classroom and away from the kids".  However conservative values are exactly what we are and plan to continue to bring into the district.

Thanks for considering this perspective.

On Sun, Aug 4, 2024 at 2:47 PM Dan Snowberger <dsnowberger@esdk12.org> wrote:

### Superintendent:

**Retreat:**  Our retreat this year was an amazing one held last Tuesday at Cielo in Castle Pines.  Our administrative team truly felt ready to take on the challenges this year and also seemed uniquely unified behind our common mission and vision this year.  They also called for more opportunity for team focus and alignment that was accomplished on Tuesday,  I regret the board couldn't be a part of it but do feel especially proud of where we are as a leadership team starting this school year.



**SEL Learning:** At the end of our leadership retreat, I did take advantage of reiterating some expectations. I did want to share a slide I provided on SEL to make sure you know I reminded of our SEL guidelines and expectations.

**SOCIAL-EMOTIONAL LEARNING**
- OUR BOARD DOES NOT SUPPORT STAND ALONE SOCIAL EMOTIONAL LEARNING PROGRAMS.
- SOCIAL EMOTIONAL SUPPORTS ARE TO BE OFFERED BY OUR COUNSELING TEAM TO STUDENTS IN NEED
- PARENTS ARE ALWAYS INVOLVED AND PROVIDE PERMISSION IN ADVANCE OF SEL SUPPORT

**Classified Evaluation System Handbook:** We have put into place a new Classified/ProTech Evaluation System for the new school year. Included in this handbook is a discipline system that will be used for all employee groups. I shared this with Mike and Heather when I met with them on Wednesday on another topic but wanted to make sure the board had a copy as well. This discipline system provides principals with tools to capture concerns with employees of all groups and document them so that we won't continue to have situations go by where employees have poor behavior but no documentation in their files. The system includes counseling notes, letters of concern, and letters of reprimand. These would all precede a termination process. While they were originally called a "progressive discipline" process, we removed the work progressive as depending on the seriousness of the violation, we may skip a step and go right to a letter of concern or reprimand. If you have questions, don't hesitate to reach out to me. LINK: Evaluation Handbook

**Charter Meeting:** On Wednesday, I met with Candy Putch who asked to stop by. She notified me of an upcoming meeting they are having next Saturday, August 10 at Pine Valley Church to talk about their proposed charter school. We also discussed possible facility options including the possibility of locating modulars on the Singing Hills campus and sharing space should they decide to open in 2025. We did have a good conversation overall.

**Classroom Libraries:** As you saw by Kim's email, in a meeting with Mike and Heather, it was relayed to us that the board had conversation about eliminating classroom libraries and asking students to simply bring a book from home or check one out from the library to keep in their desk should free time exist. I agreed with this idea and we are executing this plan. We will be bringing a resolution forward at the board meeting on the 12th for formal action along with our Library protocol. We are framing this from the standpoint of taking the responsibility off of teachers and principals for providing access to students to books that may be considered offensive to parents and simply allowing that to be part of the library process the CRC

committee has already spent considerable amount of time on.

**Board Agenda Setting:** As you saw, Brad pointed out many pitfalls to having all board members attend agenda setting. Most notably, that would constitute a meeting meaning roll call would need to happen, minutes would need to occur, and the formality of it would add a lot of additional work to the process. Jaimee has sent out a doodle poll for one board member to once again sign up for the agenda setting dates to join Rhonda at these meetings. Please know that you can always send Jaimee or Rhonda any item you want on the agenda no later than Wednesday prior to a board meeting. Agenda setting will almost always take place on Wednesday afternoon sometime around 3-5 pm.

**Jaimee out Thursday & Friday:** Jaimee will be taking Lincoln to college at the end of this week. If you need anything after Wednesday, please don't hesitate to contact me. We hope to have the majority of the board meeting items up for your review. She will make any minor changes while away,

**Complaint from Colorado Department of Labor & Employment:** This week we received a complaint from the Colorado Department of Labor and Employment regarding the process in which we hired Kimberly Runyan as principal at Elizabeth Middle School. It references an "Equal Pay Transparency Act." We are working with Brad to respond. We have until August 13 to make a response to the complaint. The complainant is Misty Callahan and is unknown to me.

**Convocation:** Convocation starts at 8:00am on Monday, August 12 in the cafeteria. We'd like the board to judge our Spirit Stick competition this year. As you recall, the high school students picked the high school last year causing some controversy. I think there is a great opportunity for a message from the board to staff about the desire to unify and keep politics out of our classrooms and schools. I think it is important to remind them that we live in a community where parents expect us to respect their rights as parents. We don't intend to make decisions for parents, but to empower them to make those decisions!

--