# Exhibit 10

| | |
|---|---|
| **From:** | Heather Booth on behalf of Heather Booth &lt;hbooth@esdk12.org&gt; |
| **To:** | |
| **Cc:** | ESD Board Members |
| **Subject:** | Re: Removing of Library Books and Sensitive Topic Book List |
| **Date:** | Monday, August 19, 2024 8:45:06 PM |

Hi Casie,

Thank you for your valuable feedback and suggestions. We appreciate your input as we transition to this new approach. We want to clarify that we are not restricting students' access to books. Rather, we are relocating classroom libraries to the school library, where teachers and students can still check out books for classroom use. This process ensures that all books have undergone a thorough review and approval for educational suitability.

You mentioned the absence of a local bookstore, but you might not be aware that there is a long-established library in Elizabeth. This library provides an excellent resource for parents to take their children and borrow books of their choice.

As an elected official committed to conservative values for our children, I feel a strong obligation to honor the promises made during my campaign. Many parents in our community are concerned about the content of books available in schools and libraries. It is our responsibility to respect these concerns and uphold our campaign commitments to the majority. We believe in empowering parents to make informed decisions about their children's access to reading materials.

Best regards,

Heather Booth

On Fri, Aug 16, 2024 at 1:53 PM Casie ▮▮▮▮ &lt;▮▮▮▮▮▮▮▮▮▮▮▮▮▮&gt; wrote:
> Dear Members of the Elizabeth School Board,
>
> As a graduate of Elizabeth High School and student of the Elizabeth School District since the third grade I was absolutely appalled to hear that 13 books were being removed from the shelves of the school libraries and an additional 130 are to be marked as "sensitive topics" to which access can be restricted.  I am generally proud of where I came from and the education I received, but knowing that the school board is removing the autonomy of students and their right to access information and knowledge angers and saddens me.  I do not yet have children, but if I did I would not send them to Elizabeth schools in light of this decision.
>
> After graduating from EHS, I went on to earn a BA in English Literature from the University of Denver and an MA in Publishing from University College London. I worked in book publishing for a decade and am still involved in the publishing and book community.  I firmly believe that a book itself is not dangerous. Lacking the ability to use critical thinking is.

As a young person, the library was a haven for me - a place where I could explore the world and other ideas from a safe place and decide, *for myself*, my thoughts, feelings, and beliefs. Making sense of the world around you is the purpose of childhood and youth and should be encouraged and supported by the adults in a child's life. Research shows that reading develops empathy in children and adults alike; a value that should be raised up and not strangled. Empathy is essential to build a strong community and world.

In a rural area without a local bookstore, access to a variety of content through the library is more than important, it is essential. The youth of the community need an opportunity to learn about ideas, systems, and the world outside their immediate vicinity. At times these ideas may be out of their comfort zone, or that of their parents, but that is why books and a *dialogue around them* is so very important. Without reading I don't know if I ever would have had the life experiences that make me the person that I am today.

I'd like to remind you of the mission statement of the Elizabeth School Board which is "To provide our students with excellent and diverse learning opportunities that inspire passion for learning, develop individual potential and prepare them for a successful future." I encourage the Elizabeth School Board to reexamine their position on removing books from shelves and the implementation of a "sensitive topics" list, an action which is in direct opposition to the mission they were elected to uphold. The move to ban books (let's call it what it is) is not a protection but a removal of freedom. Freedom for an individual to form their own thoughts and make their own decisions. Children too have this right.

Sincerely,

Casie ███████
Elizabeth High School, Class of 2006