# Exhibit 11

| | |
|---|---|
| **From:** | Heather Booth on behalf of Heather Booth <hbooth@esdk12.org> |
| **To:** | |
| **Cc:** | jwaller@esdk12.org; mcalahan@esdk12.org; mpowell@esdk12.org; rolsen@esdk12.org |
| **Subject:** | Re: Teacher classroom libraries |
| **Date:** | Monday, August 19, 2024 8:49:55 PM |

Thank you for your valuable feedback and suggestions. We truly appreciate your input as we transition to this new approach. We want to clarify that we are not restricting students' access to books. Rather, we are relocating classroom libraries to the school library, where teachers and students can still check out books for classroom use. This process ensures that all books have undergone a thorough review and approval for educational suitability.

As an elected official committed to conservative values for our children, I feel a strong obligation to honor the promises made during my campaign. Many parents in our community are concerned about the content of books available in schools and libraries. It is our responsibility to respect these concerns and uphold our campaign commitments to the majority. We believe in empowering parents to make informed decisions about their children's access to reading materials.

Thank you,

Heather Booth

On Wed, Aug 14, 2024 at 9:21 AM Gerald ███ ███ > wrote:
> As a grandparent of two children in your school district and a former public school principal, I want to respectfully disagree with the new requirement that requires teachers to remove their personal reading books from the classroom. We should be promoting reading not discouraging it. If you are worried about content,then,develop content guidelines. In the mean time, have the teacher send home a list of the books and give parents the option to request that their child not read a certain book or books.  Give credit and honor to your teachers for selecting and BUYING appropriate books
>
> What has happed thus far is anger teachers who spend their own money to provide opportunities for their students to learn. It's a poor  step in the wrong direction.
>
> Don't interpret this communication as coming from a liberal wacko. I'm a conservative Christian who just wants the best for his grandchildren