# Exhibit 12

| | |
|---|---|
| **From:** | Mary Powell on behalf of Mary Powell <mpowell@esdk12.org> |
| **To:** | Heather Booth |
| **Cc:** | Jaimee Glazebrook; Dan Snowberger; Kim Moore; Brad Miller |
| **Subject:** | Re: FINAL CONFIDENTIAL Book Review Tally from Temporarily Suspended List |
| **Date:** | Sunday, September 8, 2024 4:08:24 PM |

HI Heather. Rhonda and I talked, and I have changed my vote on these two to REMOVE. I talked to both Jon and Mike and they also agree on REMOVE.

Therefore, all board votes for the 18 books are to REMOVE.

Thanks, Mary


On Sat, Sep 7, 2024 at 1:32 PM Heather Booth <hbooth@esdk12.org> wrote:
> Hi Mary,
>
> Thank you for your explanation.
>
> I'll let Rhonda weigh in but I've spoken with a lot of people who couldn't make the time to fill out the paperwork (I'm disappointed in that). I haven't met one person for keeping them in our schools.
>
> Personally, LGBTQ is only regarding sexual preference which doesn't belong in any school. That being said if someone wants their children to read these books they can absolutely do that outside of school; as is their right.
>
> Our constituents will not be happy about us returning any of these books. That is who we are beholden to.
>
> Mike and Jon, can you let me know your thoughts?
>
> Thanks,
> Heather
>
> On Sat, Sep 7, 2024 at 9:21 PM Mary Powell <mpowell@esdk12.org> wrote:
>> Hi Heather. The two "move to Sensitive and move to EHS from EMS" suggestions were mine originally - Jon and Mike both agreed with my overall assessments.
>>
>> That being said, I have kind of waffled on the two I marked this way:
>>
>> #Pride - Championing LGBTQ Rights and You Should See me in a Crown.
>>
>> While our board decision is based on considering community feedback, it is overall still Board decision.
>>
>> The community vote for #Pride was 12 for REMOVE and 7 for Move to Sensitive List. Those 7 didn't mention moving it up to EHS.
>>
>> The community vote for "Crown" was 11 for REMOVE and 5 for Move to Sensitive List.

Again, those 7 didn't mention moving it up to EHS.

I voted "Move to Sensitive List and move up to EHS" on #Pride because this book is largely a history of LGBTQ, and doesn't totally try to indoctrinate. But, just the overall topic is going to tend to that regardless. I also thought it would be a good thing to show some openness to other viewpoints, as long as it isn't indoctrinating.

I voted same on "Crown" because while it has some racist overtones, they are just the main character handling them. About halfway through you find out she is a lesbian. There Is another prom contestant who is also, and they form a relationship. There isn't anything graphic other than discussing a kiss that I saw, and it is not the central theme of the book at all. I thought the story was overall a good one of empowerment for black students - this is a very successful girl. There is also some good general friend support, etc. in the story.

There are some community comments in line 6 column G re "CROWN, and in line 5 column G re #Pride.

So, that is my reasoning, and Jon and Mike joined me in that vote. HOWEVER, if you and Rhonda strongly feel they should be REMOVED, I will change my vote on these two to REMOVE. The REMOVE for both is supported by the community opinion on these 2 books.

Thanks, Mary

The

On Sat, Sep 7, 2024 at 12:15 PM Heather Booth <hbooth@esdk12.org> wrote:
> I'm completely against putting any of the pulled books back on the shelves. We can easily take those books and donate them to the local library and if people want their children to read them, then they can go down and get them from their .
> Our school library's should be filled with educational books. I have talked to a lot of people and those who supported us and voted us in office are against putting these books back on the shelves. If anyone is for any of these books going back on the shelves ; please explain to me the educational value in those books.
>
> Sorry for the choppy email it's hard to text just from my phone.
>
> Heather
>
> On Sat, Sep 7, 2024 at 6:00 PM Mary Powell <mpowell@esdk12.org> wrote:
>> Good morning,
>>
>> There were 2-3 additional people who came in on Friday, so I have now updated through reviews received as of 9/6, the final review day. Update is attached.

> > Jon and I talked this morning, and I hope to connect with Mike before Monday as well.
> >
> > BCC:: Board members
> >
> > Thanks, Mary Powell