# Exhibit 13



## BOOK REVIEW FORM

**Name:** _Laura_ ███████

**Where do your children attend school:** _EHS_

**Phone:** ███████    **Email:** ███████████

**Book Title:** _# Pride_

**Recommended Disposition of Book:  I think this book should be ...**

_____    **Returned to the library and listed on the sensitive topic list**

_X_    **Removed from the library collection**

**Reasons for the recommendation above:**

First of all, all americans have the same rights. What rights do LGBTQ individuals not have? Why would we teach our children that they need o have different rights? Additionally LGBTQ themes do not belong in our public schools. This is a conversation for parents to have with their children at home.



# BOOK REVIEW FORM

**Name:** Ken ▉

**Where do your children attend school:** _EMS_

**Phone:** ▉    **Email:** ▉

**Book Title:** _#Pride: Championing LGBTQ Rights_

Recommended Disposition of Book: I think this book should be ...

____ Returned to the library and listed on the sensitive topic list

✗ Removed from the library collection

Reasons for the recommendation above:

_Middle school students are too young to be_
_exposed to the pride movement, same sex_
_marriage, stonewall riots and pride parades._



**BOOK REVIEW FORM**

**Name:** Lyra

**Where do your children attend school:** EHS

**Phone:** _____    **Email:** _____

**Book Title:** Burned

Recommended Disposition of Book: I think this book should be ...

_____ Returned to the library and listed on the sensitive topic list

__X__ Removed from the library collection

Reasons for the recommendation above:

Ellen Hopkins is disgusting. Sexual encounters, etc., more of the same from a pervert. Not for anyone's eyes, really.



# BOOK REVIEW FORM

**Name:** David

**Where do your children attend school:** EHS

**Phone:**                 **Email:**

**Book Title:** George

**Recommended Disposition of Book: I think this book should be ...**

_____ **Returned to the library and listed on the sensitive topic list**

X **Removed from the library collection**

**Reasons for the recommendation above:**

This is evil trans-ideology. It has
no place in any school — much less
an elementary school.



**Elizabeth** SCHOOL DISTRICT

# BOOK REVIEW FORM

**Name:** MATT ████

**Where do your children attend school:** EMS & EHS

**Phone:** ████    **Email:** ████

**Book Title:** GEORGE

**Recommended Disposition of Book: I think this book should be ...**

____ **Returned to the library and listed on the sensitive topic list**

✓ **Removed from the library collection**

**Reasons for the recommendation above:**

No redeeming value and the overall gist of the book is framing mental illness and confusion as normal and even heroic. We would never consider putting a book extolling the virtues of being mentally ill in any other way on a school bookshelf. These kinds of books in school libraries are why parents home school. I find the premise of the book damaging and morally offensive. There is no shortage of clearly wholesome and amazing literature out there. I am 52 and have 3 degrees and am an avid reader. I have not ever touched all the great works out there. There is zero reason this should be in a school library.



# BOOK REVIEW FORM

**Name:** Maryrose

**Where do your children attend school:** SHE / EMS

**Phone:** ███████    **Email:** ███████

**Book Title:** "IT'S YOUR WORLD...", MIKKI HALPIN

**Recommended Disposition of Book:** I think this book should be ...

_____ **Returned to the library and listed on the sensitive topic list**

__X__ **Removed from the library collection**

**Reasons for the recommendation above:**

Women's Rights chapter supports abortion and equates it with healthcare when it is the murder of a human life. It also talks heavily of sex education which isn't an appropriate topic for EMS aged students. The example letter on p.217 encourages the reader to oppose parental notification laws which is exactly what our ESD board is trying to put in place.



**Elizabeth**
SCHOOL DISTRICT

# BOOK REVIEW FORM

**Name:** David

**Where do your children attend school:** EHS

**Phone:** Same          **Email:** Same

**Book Title:** The Bluest Eye

**Recommended Disposition of Book: I think this book should be ...**

_____ **Returned to the library and listed on the sensitive topic list**

__X__ **Removed from the library collection**

**Reasons for the recommendation above:**

Rape / Incest / Sex — no one should read
this.



## BOOK REVIEW FORM

**Name:** Maryrose ▮▮▮▮▮▮

**Where do your children attend school:** SHE / EMS

**Phone:** ▮▮▮▮▮▮     **Email:** ▮▮▮▮▮▮

**Book Title:** The Hate U Give

**Recommended Disposition of Book: I think this book should be ...**

_____ **Returned to the library and listed on the sensitive topic list**

__X__ **Removed from the library collection**

**Reasons for the recommendation above:**

I believe this book should be removed from EMS and EHS libraries for it's themes of anti-police, anti-white, pro BLM / riots and gang activity. None of these themes are appropriate to be told in a way that supports them with the goal of getting the reader to be incited by them. There is also loads of foul language in this book, if the language is not allowed by students at school why is there a book available that romaticizes it's use?



# BOOK REVIEW FORM

Name: _Ken_

Where do your children attend school: _EMS_

Phone: _____ Email: _____

Book Title: _The Hate U Give_

Recommended Disposition of Book: I think this book should be ...

_____ Returned to the library and listed on the sensitive topic list

X Removed from the library collection

Reasons for the recommendation above:

_Bad language, violence, police shooting, killing_
_no educational value, police viewed in a bad light_



# BOOK REVIEW FORM

**Name:** Maryrose ▓

**Where do your children attend school:** SHE / EMS

**Phone:** ▓          **Email:** ▓

**Book Title:** 'You Should See Me In a Crown', Leah Johnson

**Recommended Disposition of Book: I think this book should be ...**

_____  **Returned to the library and listed on the sensitive topic list**

__X__  **Removed from the library collection**

**Reasons for the recommendation above:**

I believe this book should be removed from the EMS library because of it's CRT undertones and homosexual storyline. Our district does not teach CRT so why would we have a book that encourages it's reader to believe in it. All CRT is a race baiting agenda. I also do not believe a middle school aged student should be reading a homosexual storyline. The very first page even has Seventeen magazine saying this book is for recent graduates or new college students - NOT 11-14 year olds!



# BOOK REVIEW FORM

**Name:** Shelly

**Where do your children attend school:** N/A Concerned Citizen

**Phone:**       **Email:**

**Book Title:** You Should See Me in a Crown EMS

**Recommended Disposition of Book:** I think this book should be ...

_____ **Returned to the library and listed on the sensitive topic list**

X **Removed from the library collection**

**Reasons for the recommendation above:**

Racially Charged

Trans - Same Sex dating mentioned

DEI Pride Flag

Language - F word

Lesbian romance mentioned

Not appropriate for Middle School

No educational value



## Elizabeth
### SCHOOL DISTRICT

# BOOK REVIEW FORM

**Name:** Tracy ▮▮▮▮▮

**Where do your children attend school:** Legacy

**Phone:** ▮▮▮▮▮▮    **Email:** ▮▮▮▮▮▮

**Book Title:** You should see me in a Crown

**Recommended Disposition of Book:** I think this book should be ...

___ **Returned to the library and listed on the sensitive topic list**

_X_ **Removed from the library collection**

**Reasons for the recommendation above:**

First of all, let me say that I have an issue with the most basic premise. This girl loses her scholarship and instead of working to find a job to pay for school she ~~joins~~ decides to go for prom queen? How degrading for girls. There are plenty of other scholarships available for young, black kids.

Now add in the queer factor, no thank you. Also, the unrealistic aspects of this book give young people ideas that are unlikely at best.



# Elizabeth
SCHOOL DISTRICT

# BOOK REVIEW FORM

**Name:** Laura ███████

**Where do your children attend school:** EHS

**Phone** ███████    **Email:** ███████

**Book Title:** The Kite Runner

**Recommended Disposition of Book: I think this book should be ...**

_____ **Returned to the library and listed on the sensitive topic list**

__✓__ **Removed from the library collection**

**Reasons for the recommendation above:**

Very adult sexual content, not appropriate for teens. Very racially divisive, again not appropriate for teens. LGBTQ themes that do not belong in school. The references to abortion again are not appropriate for teens. Additionally, I do not want my teens reading a book that criticizes Christianity. This book is for adults, not teens and should not be available in a school library.



# BOOK REVIEW FORM

**Name:** Mindy ████████

**Where do your children attend school:** RCE

**Phone:** ████████    **Email:** ████████

**Book Title:** Thirteen Reasons Why, The Kite Runner, Speak,

**Recommended Disposition of Book:  I think this book should be ...**

NO
✓    **Returned to the library and listed on the sensitive topic list**

____    **Removed from the library collection**

**Reasons for the recommendation above:**

Suicide, sexual assault, school shootings, death. More difficult and explicit topics unite these books. Unfortunately, I cannot isolate or protect my children from these sad realities. Books are a gift - they help us understand, process, confront, empathize; they let us "walk a mile" in others' shoes; ~~the~~ they validate our feelings and help us feel not so alone; they give us tools and the names for problems and emotions. Banning these books because the subjects are difficult or the content graphic is short-sighted and misguided. Banning these books doesn't keep these things from happening. These topics have merit in an educational institution because our children will be confronted with these topics - hopefully not due to personal experience, but through our shared human experience. And I hope, more than anything...



# BOOK REVIEW FORM

**Name:** _Wendy_ ▮

**Where do your children attend school:** _EMS_

**Phone:** ▮    **Email:** ▮

**Book Title:** _All books under consideration_

Recommended Disposition of Book: I think this book should be ...

✓ **Returned to the library and listed on the sensitive topic list**

____ **Removed from the library collection**

Reasons for the recommendation above:

We live in a diverse world with many different perspectives and
painful realities. We do our children a dis-service if we sugar-coat
and cherry-pick literary material that could broaden their minds
to others' experiences, leading to a more compassionate state of being.
Censorship efforts change with time .... anyone recall bans on
classics like To Kill A Mockingbird & The Catcher in the Rye?
Returning to the library via sensitive topic list enables balance
for parents with differing views on the topics in these books.

Over ⟶

As noted by Laurie Halse Anderson in response to censorship of Speak:

" ... But censoring books that deal with difficult, adolescent issues ~~does~~ does not protect anybody. Quite the opposite. It leaves kids in the darkness and makes them vulnerable. Censorship is the child of fear and the father of ignorance. Our children cannot afford to have the truth of the world withheld from them. "

Thanks for the opportunity to review these books and provide feedback.



# BOOK REVIEW FORM

Kathy

**Name:** _Beloved_    Tony Morrison

**Where do your children attend school:** Running Creek, EMS, EHS  grad 2018

**Phone**    **Email:**

**Book Title:** Beloved

**Recommended Disposition of Book: I think this book should be ...** leave it on the shelf

_____ Returned to the library and listed on the sensitive topic list

_____ Removed from the library collection

**Reasons for the recommendation above:**

Toni Morrison is an internationally acclaimed
and beloved chronicler of African American
history. Nasty things happened.
Suppressing an idea does not get rid of it
and people who want to explore this should
be free to do so.

Parents who can't educate themselves about
what their child is reading should
review their choices



# BOOK REVIEW FORM

Name: Kathy

Where do your children attend school: _Running Creek EMS EHS grad 2018_

Phone: _____    Email: _____

Book Title: _Looking for Alaska_

Recommended Disposition of Book: I think this book should be ... ~~Saved~~ Leave it

_____    Returned to the library and listed on the sensitive topic list

_____    ~~Removed from the library collection~~

Reasons for the recommendation above:

John Green is celebrated for his portrayals of modern teen life. Alaska is a wounded girl who's lost her mother and is estranged from her father. She uses drugs and alcohol and acts out from her pain. Without the help she needs, she ultimately dies. People (teens) in pain can read this story and find a place for themselves, because of the unhappy ending they will maybe find a way to reach out for help.



# BOOK REVIEW FORM

**Name:** _Kathy_

**Where do your children attend school:** _Running Creek, EMS, EHS_

**Phone:** ▮▮▮▮▮     **Email:** ▮▮▮▮▮

**Book Title:** _Crank    Ellen Hopkins_

**Recommended Disposition of Book: I think this book should be ...** _leave it_

_____ Returned to the library and listed on the sensitive topic list

_____ Removed from the library collection

**Reasons for the recommendation above:**

_Because this book is written in free verse it is a great pick for reluctant readers. The story it tells about a girl lost to drug addiction who does just about everything your parents warned you about and some they didn't even know. It's because of this cautionary tale that the book is important._



# BOOK REVIEW FORM

**Name:** _Wolfe_ ▮

**Where do your children attend school:** _Running Creek, Eliz MS, EHS grad 2018_

**Phone:** ▮          **Email:** ▮

**Book Title:** _The Hate You Give by Angie Thomas_

**Recommended Disposition of Book:** I think this book should be ... _left on the shelf_

~~Returned to the library and listed on the sensitive topic list~~

~~Removed from the library collection~~

**Reasons for the recommendation above:**

_This book portrays a girl caught in the crossfire of 2 communities after she witnesses a horrifying incident that results in the death of a friend. Students should be allowed to read this book because of its sympathetic portrayal of a girl and her family dealing with fear and horror resulting from a violent encounter she never expected._



# Elizabeth
SCHOOL DISTRICT

# BOOK REVIEW FORM

**Name:** Mindy ███████

**Where do your children attend school:** RCE

**Phone:** _____    **Email:** _____

**Book Title:** See below

**Recommended Disposition of Book: I think this book should be ...**

✓ Returned to the library ~~and listed on the sensitive topic list~~ NO

____ Removed from the library collection

**Reasons for the recommendation above:**

1) You should see me in a crown ... " a self-love anthem for queer black ~~girsl~~ girls everywhere" 2020 Goodreads

2) It's your world... a book about activism and social issues – racism, free speech, gay rights, women's rights, school safety

3) # Pride... the history of LGBTQ rights, a 32 page picture book The Hate U Give... inspired by Black Lives Matter movement

4) Toni Morrison... Nobel Prize winning author, themes on black women

5) George... LGBT+ content

I believe these topics have merit in an educational setting, these are important social issues my children will need to understand. In my opinion, banning these books is a clear and transparent assertion that people of color, women and homosexuals are less welcome in our public school and this is unacceptable.



## BOOK REVIEW FORM

**Name:** Kathy ███████

**Where do your children attend school:** Running Creek, EMS, EHS grad 2018

**Phone:** ███████    **Email:** ███████

**Book Title:** I am at a loss to see censorship in Elizabeth

**Recommended Disposition of Book:** I think this book should be ...

____    Returned to the library and listed on the sensitive topic list

____    Removed from the library collection

**Reasons for the recommendation above:**

It hurts my heart to see these books highlighted within an inch of their lives. Life feeds on controversy. "Protecting" children, particularly teens who are exploring their world, getting ready to be adults does them and their community an enormous disservice.

This book list reads to me like people spooked by that imaginary course "Critical Race Theory" It is not welcoming to anyone who is not white, straight and politically conservative. As our community base expands these actions will be less + less welcome



# BOOK REVIEW FORM

**Name:** Christine ███████

**Where do your children attend school:** Pre K

**Phone:** ███████  **Email:** ███████

**Book Title:** The Hate You Give, Thirteen Reasons Why, Pride Championing LGBTQ Rights, You Should See Me in a Crown, It's Your World If you don't like it, change it, The Kite Runner, Beloved, The Bluest Eye, The Perks of Being a Wallflower, Looking for Alaska, Nineteen Minutes, Speak, Identical, Fallout, Glass, Burned,

**Recommended Disposition of Book: I think this book should be ...** Crank, Smoke, George

   X     **Returned to the library** ~~and listed on the sensitive topic list~~    More it
to the high School

         **Removed from the library collection**

**Reasons for the recommendation above:**

Book Banning is unconstitutional
For public libraries, books are purchased based
on interest, popularity, other circulation numbers,
gaps in collection etc. There is a process
where parents can fill out a form for a book
they find inappropriate and that form goes
to professional librarians and the board
eventually.



# **Elizabeth**
SCHOOL DISTRICT

# **BOOK REVIEW FORM**

**Name:** _Janet_ ▓▓▓▓

**Where do your children attend school:** _EHS_

**Phone:** _____  **Email:** _____

**Book Title:** _All books in the high school section_

**Recommended Disposition of Book: I think this book should be ...**

_( X )_  **Returned to the library and listed on the sensitive topic list**

_____  **Removed from the library collection**

**Reasons for the recommendation above:**

_all fine for high school. Although_
_there is defintly sensitive Subject_
_matter, they will encounter all the_
_things on here ideas/ verbage/ violence_
_at some time, doesnt mean they_
_are or will suddenly become any_
_of the above things. - trust your_
_kids, have confidence in how you_
_raise them. Give them some credit,_
_they can handle it at High School level_



# Elizabeth
### SCHOOL DISTRICT

# BOOK REVIEW FORM

**Name:** Mindy ███

**Where do your children attend school:** RCE

**Phone:** _____ **Email:** _____

**Book Title:** Identical, Fallout, Glass, Burned, Crank, Smoke    Ellen Hopkins

**Recommended Disposition of Book: I think this book should be ...**

✓    Returned to the library ~~and listed on the sensitive topic list~~    NO

____    **Removed from the library collection**

**Reasons for the recommendation above:**

The title, author as or subject is irrelevant to why I am opposed to banning books. I haven't read these, however, it took no time to discover these are banned due to the difficult subject material contained within the pages. Difficult subjects our children face. Suicide, addiction, abuse, sexual identity crises are real – I would much prefer my child can explore these subjects in an educational institution then from heresay, whispers, gossip and their fellow peers without the hope of open discussion and psychological safety. Other parents may choose to censor their child's reading material, but that right does not extend to me and my children.