# Exhibit 14

**From:**    Mary Powell on behalf of Mary Powell <mpowell@esdk12.org>
**To:**    ████████████
**Date:**    Sunday, September 8, 2024 3:38:24 PM

Hi.  One more thing on book removal vote.

As we talked about yesterday, there were two that I voted to Move to Sensitive and move to high school.

The LGBTQ book and the

You should see me in a Crown.

I was really back and forth in my mind about removal or moving to sensitive.  I have hears from both Rhonda and Heather - Rhonda was a little back and forth too, but she made a really good point - they both have gender identity ideology in them, and do we really want that out there at all?

Of the people who came in to review , these books and write up a form (there were 29 people who came in), the majority favored removal.

SO, I am going to go ahead and change my vote on both of these to REMOVE, which would therefore make ALL 18 of the books be REMOVE.

Are you OK with this change in what we discussed?

Thanks!  Mary