# Exhibit 15

| | |
|---|---|
| **From:** | Dan Snowberger on behalf of Dan Snowberger <dsnowberger@esdk12.org> |
| **To:** | Jeff Maher |
| **Subject:** | Re: CPR question about book issues |
| **Date:** | Monday, August 19, 2024 2:19:48 PM |

**-is the book list of temporarily suspended books - have those been removed from the school libraries? What could change their status?** Those have been removed from their respective libraries at this time and on display outside our boardroom for public feedack. Based upon feedback received from our community during the review perood, the board will determine their final disposition which could include returning them to the collection and inclusion on the sensitive topic list, moving them to a different level (i.e., middle to high school), or weeding them from our current collection.

**-is the "sensitive topic" book list subject to change? Are you collecting both staff and parent feedback on this list now?**
This list is subject to change as our collection continues to be compared againt the book lists discussed in our library protocol. Books may be brought to the attention of the district throughout the year by staff or parents to be reviewed for inclusion in this list. Books on this list could also be removed based on further discussion between members of the community and the Board of Education.

**-how did the board leave the question of removing classroom libraries? Will that be revisited at a future meeting?** The board will discuss the classroom library issue on Monday, August 19 at its worksession once it receives additional feedback from staff across the district.