# Exhibit 16

| | |
|---|---|
| From: | Rhonda Olsen on behalf of Rhonda Olsen <rolsen@esdk12.org> |
| To: | |
| Cc: | Dan Snowberger; Michael Seefried |
| Subject: | Re: RCE Library - Book Review |
| Date: | Thursday, September 5, 2024 9:59:51 PM |

Hello Mr. ▮,

Thank you so much for bringing this to our attention. The review of the library books to ensure age appropriate content is a new process for the district and we really appreciate it when parents bring to our attention any items that may have been missed. I will request that the book be removed from the library for further review.

Sincerely,
Rhonda Olsen

On Thu, Sep 5, 2024 at 9:14 PM ▮ Family <▮> wrote:
> Hello,
>
> My name is ▮ ▮. I have a ▮, at ESD schools.
>
> ▮ class visited the library at Running Creek Elementary today, where she checked out the book, Redwood and Ponytail, by K.A. Holt. While she was completing her 20 minutes of nightly reading, I peered over her shoulder at the book and became concerned.
>
> The following is an excerpt from the inside of the book jacket: "K.A. Holt delivers an emotional wallop in this novel in verse about two girls discovering their feelings for each other…Sometimes you know who you're meant to be *with* before you know who you're meant to *be*."
>
> The following are excerpts from the end of the book:
>
> "Hours go by. We talk about moms, and Jill, and Levi. About plans and lack thereof and impulse control. We talk about holding hands and what that means and maybe it means nothing or maybe it means everything. We talk about that forbidden word, the tiny word, that fills both our heads, and how we'll figure out our words one day all on our own. We need our own word, you know? A phrase just for us. Because you're not my best friend, or my best girl, or my girlfriend, or my whole world, you're something even bigger, Kate. Bigger than just one word."
>
> "She's my winning point. She's my summer day. She's my sneaky wink. She's my light. She's my heart. She's my Kate. I'm her Tam. Together we're everything."
>
> "She's my cheering crowd. She's my laugh out loud. She's my secret smile. She's my light. She's my heart. She's my Tam. I'm her Kate. Together we're everything."
>
> Tam identified as a nickname for her given name, Tamara.
>
> The following is an excerpt from a review site, KirkusReviews.com:

"Tam is a volleyball player sometimes mistaken for a boy. Kate is a popular cheerleader. When they notice each other at seventh grade registration, Tam sees a walking cliché with a perfect ponytail, while Kate sees a girl as "tall as a palm tree." When they meet face to face, they strike an immediate rapport. Soon the two are having lunch together every day and linking pinkies in the halls. As they grow closer, each finds herself questioning who she thought she was. Tam doesn't know how she fits into Kate's seemingly perfect world. Kate, who has spent her life trying to live up to her shallow, perfectionist mother's expectations, wants to go her own way, a process that includes deciding whether or not to admit her feelings for Tam. Tam and Kate share the first-person narration, which keenly conveys each girl's joys and inner turmoil. The dual narratives play off of each other, sometimes in a call-and-response manner that clearly communicates the shyness, awkwardness, and confusion of first love. A trio of unseen watchers, identified as Alex, Alyx, and Alexx, collectively represent the observant school-hallway bystanders, providing commentary and speculation in the manner of a Greek chorus. Their verses can be read vertically or horizontally, resulting in multiple meanings. Characters are racially ambiguous.  A glowing, heartfelt addition to the middle-grade LGBTQ genre. (Fiction. 8-14)"

Based on the content of the book, its subject matter, its target audience of 8-14 year olds and its similar subject matter to George by Alex Gino (also from RCE's library) I believe this book should be added to the Sensitive Topics List and reviewed by the Curriculum Review Committee.

My wife will be substitute teaching at RCE tomorrow, and will be bring the book back to the RCE library herself.  RCE can decide what to do with the book at that time.

Thanks,

█████