# Exhibit 17

| | |
|---|---|
| **From:** | Michael Seefried on behalf of Michael Seefried <mseefried@esdk12.org> |
| **To:** | Kim Moore |
| **Subject:** | Re: UIPs and other items |
| **Date:** | Wednesday, September 11, 2024 12:13:45 PM |

Thanks, working on them!

On Fri, Sep 6, 2024 at 11:42 AM Kim Moore <kmoore@esdk12.org> wrote:
> Good Morning,
>
> Thank you so much for the great meeting yesterday. I appreciate your extending grace to me when I had to postpone then be late to my own meeting. I hope the information from John, Rebekah, and Dr. Seefried was helpful. With their time during our meeting, we did not have a lot of time to discuss the items I had on the agenda so I just wanted to touch base with you on those.
>
> **Libraries**
>
> - Classroom & school libraries - no new books should be purchased for either library
> - The BOE is considering purchasing some books from the Great Books list to add to classroom libraries and school libraries.
> - Don't allow teachers to send home the Scholastic Book order forms - whether in paper form on the online order link.
>
> **Observations/Evaluations**
>
> - Randa training should be complete
> - Self-assessments and professional goals should be complete by 9/13
> - Set up some times for me to join you during walkthroughs so we can observe in classrooms together. This can be done in conjunction with your 1:1 time.
> - Work with your staff in identifying their MSL/MLOs - deadline is 9/30/24
> - Elementary - collective should be focused on primary literacy
> - Every teacher should have one observation documented in Randa before fall break.
>
> **UIPs**
>
> - Work on your UIP drafts - remember keep them simple - don't overthink
> - Set up time to work with me if you need support
> - You should have 2-3 priority performance challenges
> - Elementary - one should be focused on primary literacy & one on math
> - Discuss your draft UIP with your SAC in September
> - Final UIPs due to Kim M by Oct. 1
> - BOE will review on Oct. 7th.
> - UIPs will be submitted to CDE by Oct. 15th.
>
>
> Let me know how I can support you.
>
> Have a great weekend!

--

**Students are at the heart of everything we do!**

**Kim Moore**
Chief Academic Officer



303-646-1839
634 S. Elbert Street, Elizabeth, CO 80107
elizabethschooldistrict.org

Confidentiality Statement: This email message and any accompanying documents contain information which is privileged, confidential and intended only for the use of the above-named recipient(s).  If you are not the intended recipient and received this communication in error, any dissemination, distribution, printing or copying of this message is strictly prohibited. Please notify us

--
Michael J. Seefried
Principal



………………………………….
900 S. Elbert St., POB 550
Elizabeth, CO 80107
(303) 646-4620

*Question, Comments, or Suggestions? Please use the **RCE Comment Form**.*