# Exhibit 18

| | |
|---|---|
| **From:** | Kim Moore on behalf of Kim Moore <kmoore@esdk12.org> |
| **To:** | Pam Slade |
| **Cc:** | mseefried@esdk12.org |
| **Subject:** | library books |
| **Date:** | Tuesday, September 10, 2024 10:20:59 AM |

Hi Pam,

I just got a notification to approve a purchase for library books through Follet for RCE.  Please keep in mind that there should be no new purchases for books for the library without my approval.

Thank you.

--

**Students are at the heart of everything we do!**


**Kim Moore**
Chief Academic Officer



303-646-1839
634 S. Elbert Street, Elizabeth, CO 80107
elizabethschooldistrict.org

Confidentiality Statement: This email message and any accompanying documents contain information which is privileged, confidential and intended only for the use of the above-named recipient(s).  If you are not the intended recipient and received this communication in error, any dissemination, distribution, printing or copying of this message is strictly prohibited. Please notify us