**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03512-CNS-STV

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.;
MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.;
NAACP–COLORADO–MONTANA–WYOMING STATE AREA CONFERENCES; and
THE AUTHORS GUILD,

    Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

    Defendant.

---

**Unopposed Motion for Seven-Day Extension of Time
for Defendant to Respond to Plaintiffs' Complaint**

---

Defendant submits this unopposed motion for a seven-day extension of time to respond to Plaintiffs' Complaint (ECF No. 1). In support of the motion, and pursuant to D.C.COLO.LCivR 6.1(b), Defendant states the following:

1. On December 19, 2024, Plaintiffs filed a Complaint alleging federal and state constitutional violations related to the removal of books from libraries at Defendant's schools.

2. Plaintiffs formally served Defendant with the Complaint on December 20, 2024 (Returned & Executed Summons, ECF No. 8), making Defendant's default responsive pleading deadline January 10, 2025 (*id.*; Fed. R. Civ. P. 12(a)(1)(A)(i)).

3. The Parties then stipulated to an extension of time for Defendant to respond to the Complaint until January 27, 2025. (Joint Motion to Set Briefing Schedule and Page Limitations for Plaintiffs' Motion for Preliminary Injunction and Stipulation to Extend Defendant's Responsive Pleading Deadline, ECF No. 18). The Parties also

agreed to a briefing schedule for Plaintiffs' Motion for Preliminary Injunction (*id.*), which the Court approved (ECF No. 19).

4. Defendant intends to file its Opposition to Plaintiffs' Motion for Preliminary Injunction as scheduled on January 27, 2025, but Defendant requires seven additional days to respond to Plaintiffs' Complaint. Good cause exists to grant the requested seven-day extension. Two of Defendant's lead attorneys are in trial starting on January 27, 2025, in *AARRH Project LLC v. Saccos Farms LLC*, No. 2020CV31775 (Colo. Dist. Ct, Denver Cnty.). Additionally, one of Defendant's other attorneys is overseas serving as a chaperon on a school-sponsored trip. These conflicts, along with counsel's other commitments, including preparing Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction, make it difficult to respond to the Complaint by January 27, 2025. Further, at this early stage, a short, seven-day extension will not unduly delay the proceedings or prejudice Plaintiffs.

5. Defendant's counsel conferred with Plaintiffs' counsel; Plaintiffs do not oppose a seven-day extension of time for Defendant to respond to Plaintiffs' Complaint.

WHEREFORE, Defendant respectfully asks the Court to grant it a seven-day extension of time to respond to Plaintiffs' Complaint, up to and including February 3, 2025.

Under D.C.COLO.LCivR 6.1(c) undersigned counsel will contemporaneously serve this document on his client.

Dated: January 23, 2025.

                Respectfully submitted,

                *s/ Julian R. Ellis, Jr.*
                Christopher O. Murray
                Laura J. Ellis
                Julian R. Ellis, Jr.
                FIRST & FOURTEENTH PLLC
                2 N. Cascade Avenue, Suite 1430
                Colorado Springs, CO 80903
                Telephone: (719) 286-2475
                Emails: chris@first-fourteenth.com
                          laura@first-fourteenth.com
                          julian@first-fourteenth.com

                Michael Francisco
                FIRST & FOURTEENTH PLLC
                800 Connecticut Avenue, Suite 300
                Washington, D.C. 20006
                Telephone: (202) 784-0522
                Email: michael@first-fourteenth.com

                Bryce D. Carlson
                MILLER FARMER CARLSON LAW LLC
                5665 Vessy Road
                Colorado Springs, CO 80908
                Telephone: (970) 744-0247
                Email: bryce@millermarnercarlson.com

                Jonathan F. Mitchell
                MITCHELL LAW PLLC
                111 Congress Avenue, Suite 400
                Austin, TX 78701
                Telephone: (512) 686-3940
                Email: jonathan@mitchell.law

                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I certify that on January 23, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

  may@wtotrial.com
  lmoraff@aclu-co.org
  sneel@aclu-co.org
  tmacdonald@aclu-co.org
  dec@wtotrial.com
  whitt@wtotrial.com

  I further certify that the foregoing document was electronically served on the Elizabeth School District through its Superintendent, Dan Snowberger.

            *s/ Kelly Callender*
            FIRST & FOURTEENTH PLLC