**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03512-CNS-STV

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.;
MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.;
NAACP–COLORADO–MONTANA–WYOMING STATE AREA CONFERENCES; and
THE AUTHORS GUILD,

      Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

      Defendant.

---

**Declaration of Dan Snowberger, Superintendent, Elizabeth School District, in
Support of the Opposition to Plaintiffs' Motion for Preliminary Injunction**

---

      I, Dan Snowberger, being over 18 years of age, submit the following declaration in support of the Elizabeth School District's opposition to the plaintiffs' motion for preliminary injunction and state as follows:

      1.     I have reviewed and am familiar with the plaintiffs' complaint and motion for preliminary injunction.

      2.     I make this declaration based on personal knowledge.

      3.     I am the Superintendent of Schools for the Elizabeth School District (ESD). I have held this role since March 13, 2023, when I was unanimously appointed by the then-Board of Education.

      4.     This is my 39th year in the public-education system. I have held numerous positions, starting as a paraprofessional, teacher, curriculum-resource teacher, assistant principal, principal, central-office administrator, and superintendent. I hold a bachelor of science degree in elementary education, a master's degree in educational leadership,

and a superintendent's license. I'm proud of the experience I have gained serving diverse communities in Florida, California, and Colorado. I also have several years of experience in the private sector working to support charter schools across the country. Before coming to the Elizabeth School District, I held the following leadership positions in other Colorado schools and school districts: Director of Educational Programs — Education ReEnvisioned BOCES, Monument, CO 2022–23; Zone Superintendent — El Paso Co School District 49, Falcon, CO 2021–22; Superintendent of Schools — Durango School District, Durango, CO 2012–21; and Executive Director & Assistant Superintendent — Harrison School District, Colorado Springs, CO 2007–12.

***ESD's efforts to improve the curriculum***

5.      The Elizabeth School District comprises four traditional public schools that serve students from preschool age through high school:[1]

- Running Creek Elementary (RCE) - preschool through fifth grade (ages 3– 11)
- Singing Hills Elementary (SHE) - preschool through fifth grade (ages 3–11)
- Elizabeth Middle School (EMS) - sixth to eighth grade (ages 11–14)
- Elizabeth High School (EHS) - ninth to twelfth grade (ages 14–18)

The Elizabeth School District Board of Education ("School Board") is the body responsible for guiding these schools and the district through me, the superintendent.

6.      As superintendent, I serve as the chief executive and operations officer of the district, maintaining responsibility for the primary instructional, financial, and operational functions of the district and its personnel. Among other things, I continually

---

[1] Legacy Academy, a charter school, is also located in the Elizabeth School District. It has its own board of directors and operates independently from the four traditional public schools in the Elizabeth School District.

communicate and collaborate with the school board on all issues that may impact the district, assess all district procedures and programs for effectiveness and efficiency, review and make recommendations to the school board for revisions or creation of policies, supervise and evaluate the performance of central administrative personnel and building principals, and develop a comprehensive district budget within the constraints of the Colorado School Finance Act, the goals and objectives of the School Board, and the financial needs of the overall instructional program.

7.    In addition, one particularly essential part of my role is to ensure the curriculum and materials used in classroom instruction align with the school board's vision and the values of the community. Since becoming superintendent, I have collaborated extensively with the school board on a variety of efforts to create a unified district curriculum and improve the quality and consistency of that curriculum.[2] Before I started with the Elizabeth School District, there was tremendous variety in what students (even those in the same grade level) were learning in the classroom, and there was very little integration between grade levels and between the elementary school, middle school, and high school. Recognizing the critical importance of providing an integrated approach from preschool through twelfth grade, where all students of the same level are taught the same core competencies and where the curriculum from grade to grade builds and complements those competencies, the district has worked tirelessly the past few years to improve the curriculum across the board.

---

[2] Although we still have a lot of work to do, I am proud that student performance in ESD has steadily improved over the past few years. Our 2022 Final Transitional Performance Framework, prepared by the Colorado Department of Education, indicated the ESD was "Accredited: Low Participation" based on 63.6/100 points earned. Our 2023 and 2024 Final District Performance Frameworks, however, indicated ESD's status had improved to "Accredited" and its points earned notably increased (65.5/100 points in 2023 and 67.8/100 points in 2024).

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FADD298E11

8.      For example, during the 2023–24 school year, the School Board

extensively vetted science curricula before purchasing and implementing the Discovery

Education Science. In that same period, the School Board examined our performance

and recognized many opportunities to improve our students' proficiency rate in reading.

The School Board is also evaluating the social-studies curriculum and has opted to pilot

Core Knowledge Social Studies at the middle-school level before making a permanent

decision on programs.

9.      Our district's efforts to improve the curriculum addressed not only what is

taught in the classroom but also what materials are available to students through the

school library. *See* Ex. 1 (ESD Policy IJ — Instructional Resources and Materials)

(establishing that all instructional resources and materials, including "for school

classrooms and school libraries," "shall be aligned with the district's academic standards

and support the district's educational objectives"). The school library is an essential part

of our students' education. Through it, the school can curate a set of books designed to

support, reinforce, and expand the classroom curriculum. Unlike research or public

libraries—which serve a much broader age demographic and strive to provide a wide

array of materials that will appeal to a variety of readers with diverse interests, goals,

and entertainment preferences—the purpose of the Elizabeth School District's library

collection is first and foremost to provide materials with educational value to the

Elizabeth School District's students and teachers.[3]

10.     Notwithstanding the importance of the school library for enhancing and

reinforcing the curriculum taught in the classroom, due to resource constraints, the

libraries in our district have been operated by support staff who do not hold degrees in

---

[3] Although it is possible for community members to reserve library space, they
cannot use or check out library materials.

Library Science. As a result, books have been ordered without much regard to curricular purpose or function.

11.    In approximately September 2023, the School Board became aware of a significant disconnect between its curricular goals and the content of the school district's library collection. Around that time, School Board member Mike Calahan reported that his then 11-year-old daughter (a sixth grader at Elizabeth Middle School) had checked out a book from her school library that was recommended by the publisher for "age 14+" and contained profanity and explicit sexual content.[4] After reviewing the book and determining that it was not appropriate for middle schoolers, it was removed from the middle-school library.[5] Shortly thereafter, the School Board tasked the Board Curriculum Review Committee ("Curriculum Committee") with reviewing the school district's extensive library collection and proposing a protocol to guide that review and address student access to potentially controversial library content. Although the School Board has expressed a long-term desire to mirror schools that have controlled school and classroom library collections comprising only classics and soon-to-be-classics (similar to the approach used by the wildly successful Liberty Commons in Fort Collins led by former Senator Bob Schaffer), the fiscal reality is that the Elizabeth School District cannot make a district-wide change immediately. Rather than shut down the school

---

[4] *See* Common Sense Media review of *The Sun is Also a Star* (available at https://www.commonsensemedia.org/book-reviews/the-sun-is-also-a-star) (indicating, among other things, the book contains "passionate kissing that almost leads to sex," a description of the chemical "released during orgasm," "penis-size and masturbation jokes," and "strong language: 'a--hole,' 's--t,' 'f--k,' 'f--ked up,' 'f--king,' 'dick,' 'douche,' 'Jesus Christ,' 'bastards,' 'damn,' 'bag of dicks,' one 'motherf--ker,' and more").

[5] This book also was (and still is) available in the Elizabeth High School library. The plaintiffs are not suing over the removal of that book from the middle-school library, nor are they seeking a preliminary injunction that would order its return to the middle-school library's shelves.

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FADD298E11

district's libraries completely, the school board decided to undertake the significant task
of reviewing its existing collection.

12.      Importantly, until recently, and much like the district's fragmented and
decentralized curriculum, the Elizabeth School District did not have a uniform approach
for purchasing library books or for reviewing and weeding those materials. Purchase
decisions were ad hoc and often did not meaningfully consider each book's suitability
for an educational setting, the age of the students who would access it, and how the
book would support and reinforce the curriculum for that age group. Compounding the
problem, publishers offer discounted rates for bulk purchases and schools often receive
large book donations from a variety of sources, causing many books of questionable or
no educational value to be included in the Elizabeth School District's libraries. Book
weeding decisions were similarly ad hoc and made on the individual school level without
coordination across schools and without clear communication to parents, students, and
teachers.

13.      Both the school board and I thought it essential to align the district's library
collection with its curriculum both prospectively (through more informed purchase
decisions in the future) and retrospectively (by weeding the existing collection), and to
do so in a transparent manner. Although it is common for schools to weed their library
collections during the summer or simply remove a book from the library when a parent
raises a concern, the school board and I decided to create a transparent process for
reviewing and removing content from the school district's libraries. This transparency is
consistent with both the school library's important role in reinforcing and expanding on
classroom curriculum and the parents' "Bill of Rights" that our district adopted in October
2023, which makes clear that parents and caregivers have the right "[t]o know what

curriculum and instructional materials are being used in their student's school." Ex. 9 (Parents Rights and Responsibilities), at 2.

***The Library Protocols, Sensitive Topics List, and Suspended Books List***

14.    The result of this push for a transparent process was the Library Services Guiding Protocols ("Library Protocols"). The Library Protocols were created in conjunction with the Curriculum Committee and recommended to the School Board for adoption in August 2024. *See* Ex. 2 (Request for Board Action: 9.7 Library Sensitive Topic Protocol and Book Lists). The school board unanimously adopted the Library Protocols at its August 12, 2024, Business Session. *See* Ex. 4 (Aug. 12, 2024, Meeting Minutes), at 6. At a high level, the Library Protocols provide guidelines for how the district: (1) analyzes, selects, and reviews library materials; (2) develops and maintains sensitive content catalogs (called "Sensitive Topic Lists"); and (3) provides full parental access to the library catalog and their student's library account. *See* Ex. 2 at 2–5. Although the district continues to have discretion to decide what educational materials will remain available in the library, the protocols provide a framework for exercising that discretion in a manner that is more consistent across schools and transparent to parents.

15.    In conjunction with adopting the Library Protocols, the school board considered the Curriculum Committee's draft list of titles to place on the Sensitive Topics List, *see id.* at 7–9, and its additional recommendation to temporarily suspend 19 other titles listed on a Suspended Books List pending further review by the public and the School Board, *see id.* at 6. Those 19 titles were: *Speak* by Laurie Anderson; *The Hate U Give* by Angie Thomas; *Beloved* by Toni Morrison; *The Bluest Eye* by Toni Morrison; *The Kite Runner* by Khaled Hosseini; *You Should See Me in a Crown* by Leah Johnson; *#Pride: Championing LGBTQ Rights* by Rebecca Felix; *Melissa/George* by Alex Gino;

*It's Your World—If You Don't Like It, Change It* by Mikki Halpin; *The Perks of Being a Wallflower* by Stephen Chbosky; *Thirteen Reasons Why* by Jay Asher; *Looking for Alaska* by John Green; *Nineteen Minutes* by Jodi Picoult; and *Crank*, *Glass*, *Fallout*, *Identical*, *Burned*, and *Smoke*, all by Ellen Hopkins. The school board agreed to temporarily take these titles out of circulation and, thereafter, I made 18 of those 19 books available for public review at the district office for a period of 25 days.[6]

16.    Specifically, in August 2024, I sent multiple communications to our entire community,[7] inviting anyone interested in doing so to review the 18 suspended titles and provide the school board with feedback. *See* Ex. 10 (August 15, 2024, Superintendent Update — Welcome Back to School); Ex. 12 (August 16, 2024, Letter Re: Parent Opportunity to Review Library Materials). In one communication, I indicated that the physical books were available for review Monday through Friday between 7:30 A.M. and 4:00 P.M., and I also provided three days that the books would be available for review outside the district office's normal business hours. *See* Ex. 12 at 1–2. Because many parents work during the day, we thought it was important to offer evening opportunities for the community to access the books. In that letter, I also made clear that the district's "goal is to implement a system where parents are empowered to make important decisions on the content their children will be able to access and be alerted when sensitive content is checked out by their children." *Id.* at 2.

17.    I personally reviewed all the book-review forms submitted by community members. This community feedback indicated a clear preference for permanently

---

[6] Only 18 titles were made available for public review because one of the titles (*Speak*) had a single book in circulation, which had been checked out and not returned at the time of the public review period.

[7] All community communications that I send as ESD Superintendent are emailed to parents/guardians of current ESD students and all ESD staff (including the teachers, principals, and librarians at all four schools).

removing the suspended titles, although some favored returning the 18 titles to the
libraries.[8]

18.     In addition to reviewing written community feedback, I attended all school
board meetings where the issue of removing the suspended titles was discussed and
the public had an opportunity to comment, communicated individually with numerous
community members about the issue, independently researched and evaluated the at-
issue titles, and collaborated with the School Board regarding its concerns. Although I
do not vote on school-board actions, and my support is not required by the school
board, I fully supported the decision it made at the September 9, 2024, board meeting to
permanently remove the at-issue titles. *See* Ex. 5 (Sept. 9, 2024 Business Session
Meeting Minutes), at 6. These titles warranted removal given a variety of factors,
including the highly sensitive nature of content (e.g., excessive graphic violence, explicit
sexual content, extreme drug and alcohol use, ideations of self-harm), concerns
regarding age-group appropriateness, lack of clear educational value in a public-school
setting or a connection to a public-school curriculum (e.g., titles containing advocacy on
divisive social issues that implicate core family values), and clear community feedback
favoring removal.[9]

19.     For instance, board members read aloud the following excerpts from five
of the titles at the August 26, 2024 board meeting:

- *Thirteen Reasons Why*:

---

[8] Most individuals filled out one form per title, although some individuals
addressed multiple titles on a single form. In addition, most individuals who provided
substantive reasons for their recommendation only reviewed one or a handful of the at-
issue titles, as opposed to reviewing each at-issue title.

[9] I should note that I am unable to send intra-district emails or attachments that
contain quotes or detailed descriptions of concerning passages in these titles because
such content is blocked by federally required firewalls and internet filters that are
designed to limit students' web access and protect them from harmful material.

Okay, I'll say it. I thought about suicide. …I thought about suicide. …I wish I would die. …What about hanging? Well, what would I use? Where would I do it? And even if I knew what and where, I could never get beyond the visual of someone finding me-swinging- inches from the floor. …You took pills. That, we all know. Some say you passed out and drowned in a bathtub full of water.

- *Melissa/George*:

She immersed her body in the warm water and tried not to think about what was between her legs, but there it was, bobbing in front of her. … So George knew it could be done. A boy could become a girl. She had since read on the Internet that you could take girl hormones that would change your body, and you could get a bunch of different surgeries if you wanted them and had the money. This was called transitioning. You could even start before you were eighteen with pills called androgen blockers that stopped the boy hormones already inside you from turning your body into a man's. But for that, you needed your parents' permission.

- *Nineteen Minutes:*

One of his front teeth was crooked, his Adam's apple looked fist-sized, his knuckles we knotty and chapped. He was crying quietly, and it might have been enough to engender sympathy had he not been wearing a t-shirt splattered with the blood of other students. "Do you feel alright, Peter?" Patrick asked. "Are you hungry?" The boy shook his head. "Can I get you anything else?" Peter put his head down on the table. "I want my mom," he whispered. Patrick looked at the part in the boy's hair. Had he brushed it that morning, thinking, Today's the day I'm going to kill ten students?

- *Looking for Alaska*

Alaska read the sticker that was on the top of the video. The bitches of Madison County, now ain't that just delightful. We ran with it to the TV room, closed the blinds, locked the door, and watched the movie. It opened with woman standing on a bridge while a guy knelt down in front of her giving her oral sex. No time for dialogue, I suppose. By the time they started doing it, Alaska commenced with her righteous indignation, "they just don't make

sex fun for women. The girl is just an object. Look. Look at that." I was already looking, needless to say. A woman crouched on her hands and knees, while a guy knelt behind her. She kept saying "Give it to me" and moaning. And though her eyes were brown and blank, betraying her lack of interest, I couldn't help but take mental notes. Hands on her shoulders, I noted, fast but not too fast or it's going to be over fast. Keep your grunting to a minimum.

- *The Bluest Eye*

  She might wonder again, for the six hundredth time, what it would be like to have that feeling while her husband's penis is inside her. The closest thing to it was the time she was walking down the street and her napkin slipped free of her sanitary belt. It moved gently between her legs as she walked. Gently, ever so gently. And then a slight and distinctly delicious sensation collected in her crotch. As the delight grew, she had to stop in the street, hold her thighs together to contain it. That must be what it is like, she thinks, but it never happens while he is inside her. When he withdraws, she pulls her nightgown down, slips out of the bed and into the bathroom with relief. … Or as she sits reading the uplifting thoughts of the Liberty Magazine, the cat will jump into her lap. She will fondle that soft hill of hair and let the warmth of the animal's body seep over and into the deeply private areas of her lap. Sometimes the magazine drops as she opens her legs.

I agree with the School Board that this sort of content should be removed from the Elizabeth School District's libraries. My agreement with the Board is not based on "partisan or political" motives, nor is it motivated by a desire to suppress viewpoints in these titles. It is based on specific content, such as what was read aloud by the board, that is incompatible with the educational mission of the Elizabeth School District.

20.     Our district's slogan is that "children are at the heart of everything we do." District leadership makes decisions with this first principle in mind. As a devoted public servant and educator of nearly forty years, I believe that serving children in this district necessarily requires our schools to focus on the curriculum and leave parenting

decisions to parents. While public schools certainly teach about and promote certain noncontroversial values (e.g., no bullying, no violence, no racism, no drugs), there are controversial social issues where the school district should defer to and not subvert parents' authority to direct their family's values (e.g., related to abortion, transgender and homosexual behavior, etc.). With respect to those controversial social issues, students should leave school each day with the same family values they arrived with..

21.     Since the Curriculum Committee recommended temporary suspension and public review of the initial 19 titles, an additional title (*Redwood and Ponytail* by K.A. Holt) has been flagged for further review. For example, in September 2024, a parent expressed concern about *Redwood and Ponytail* after his elementary-school student had checked out from the Running Creek Elementary library, and suggested that the book be added to the Sensitive Topics List and reviewed by the Curriculum Committee because the book's content was inappropriate for elementary-school students. In response, the School Board's president (Rhonda Olsen) had the physical book removed from the Running Creek Elementary library shelf for further review. The title remains in the Elizabeth School District library catalog until a formal decision is made. I put the physical book in my office with the intent of making it available to the community along with any other books that may be flagged for further review, using the same process that the district used for the 18 disputed titles that were made available for review.

***Information related to the student plaintiffs, the removed titles, and titles still available in the ESD library collection.***

22.     In the ordinary course of my job, my staff and I have access to the Elizabeth School District's student records, including attendance and library records, and the school district's library catalog, book-acquisition records, and book-weeding records. These records are created, updated, and maintained as part of the Elizabeth

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FADD298E11

School District's regular practice and in the course of its regular activities. I have reviewed these sources of information with respect to "C.C." and "E.S.," the two students on whose behalf this lawsuit was filed, and the 19 book titles that are at issue in the motion for preliminary injunction. (These 19 book titles include the 18 of the 19 titles that the School Board voted to remove, plus *Redwood and Ponytail*. They do not include *Speak*, which the plaintiffs are not seeking to return in their motion for preliminary injunction.) I can verify the accuracy of the facts presented in the following paragraphs.

23.    The high-school student referred to as "C.C." has been enrolled as a student in Elizabeth High School since fall 2022.

24.    The preschool student referred to as "E.S." has been enrolled as a student at Running Creek Elementary School since the fall 2024.

25.    Students in the Elizabeth School District have no ability to check out or access library books held at school libraries other than the school that they attend. High-school students cannot check out books from the middle-school library, and vice versa. And neither high-school nor middle-school students can check out books from the elementary-school libraries, and vice versa. Students cannot even access books in other school libraries or browse or take them from the library shelves, because the school district's libraries remain open only during school hours and students cannot access other schools in the district during the school day.

26.    Between the four schools in the district, the school district's library collection has approximately 50,000 books. The 19 disputed titles represented fewer than 25 physical books, including duplicate copies. So the decision to remove those titles affected less than 0.05% of the Elizabeth School District's library collection.

27.     The removal of the disputed titles did not affect each of the four school libraries equally. First, all 19 titles did not appear in each school's library: two titles were removed from Running Creek Elementary School (*Melissa/George* and *Redwood and Ponytail*), five titles were removed from Elizabeth Middle School (*The Hate U Give; Thirteen Reasons Why; #Pride: Championing LGBTQ Rights; You Should See Me in a Crown; and It's Your World—If You Don't Like It, Change It: Activism for Teenagers*), and 14 titles were removed from Elizabeth High School (*The Hate U Give; Thirteen Reasons Why; The Kite Runner*; *Beloved*; *The Bluest Eye*; *The Perks of Being a Wallflower*; *Looking for Alaska*; *Nineteen Minutes*; *Identical*; *Fallout*; *Glass*; *Crank*; *Smoke*; and *Burned*). Second, titles that appeared in two libraries weren't necessarily removed from both. For example, *It's Your World—If You Don't Like It, Change It: Activism for Teenagers*, was in both the middle-school library and the high-school library, but it was removed only from the middle-school library due to concerns that the content was not age appropriate for students aged 11 through 14. Thus, this particular title is still available in the Elizabeth School District's library collection, but only in the high school library.

28.     Despite being in the school district's library collection for years, eight of the at-issue titles had never been checked out before (*#Pride: Championing LGBTQ Rights*; *You Should See Me in a Crown*; *It's Your World—If You Don't Like It, Change It: Activism for Teenagers*; *Beloved*; *The Bluest Eye*; *Nineteen Minutes*; *Identical*; and *Fallout*), and eight had been checked out five times or fewer, even including renewals by the same student (*The Kite Runner*; *The Perks of Being a Wallflower*; *Looking for Alaska*; *Speak*; *Glass*; *Crank*; *Smoke*; and *Burned*) .

29.     An online search of the Pines and Plains catalog,[10] the local public library,

shows all but two of the at-issue titles are on the shelf, online, or both. Importantly, it

appears that all of the titles C.C. identified in her declaration as ones that she has been

wanting to read or browse can be checked out through the local public library. *Compare*

ECF No. 9-1 (Decl. of C.C.) ¶¶ 10-12, *with* Appendix 1.

30.     The 19 at-issue titles reflect the work of 13 discrete authors. Of those 13

authors, eight currently have at least one work in the Elizabeth School District's library

collection.

31.     A chart summarizing the information outlined in paragraphs 27 to 31 is

attached to my declaration as Appendix 1.

32.     It is also worth noting that 16 of the 19 at-issue titles were reviewed by

BookLooks.org and rated a "3" or "4." *See* Ex. 11 (BookLooks Ratings). BookLooks was

one of many sources that the Curriculum Committee reviewers and the school board

used to assess titles. According to BookLooks, its rating system is designed to assess

the appropriateness of a book for a child or young adult based on the content of the

book taken as a whole. *Id.* at 1. A "3" rating means "Minor Restricted: Under 18 requires

guidance of a parent or guardian"; a "4" rating means "No Minors: Adult content. No

child under 18." *Id.* at 2. Although BookLooks ratings were not dispositive of whether a

particular title was removed from an school district library, ratings of 3 or 4 corroborate

the School Board's concerns regarding educational value and age appropriateness.

33.     I have reviewed the plaintiffs' motion for preliminary injunction and

supporting materials. Through these filings, I understand the plaintiffs to be suggesting

that the removal of the 19 disputed titles from the Elizabeth School District's libraries

reflects a concerted School Board effort to "target[] LGBTQ people," "prohibit students

_____

[10] Available at https://pplibraries.org

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FADD298E11

from learning about LGBTQ+ identities" and "people of color," "silence the voices of minorities," and generally prevent students from "accessing information and ideas about racism, discrimination, and LGBTQ people." ECF No. 9-1 (Decl. of C.C.) ¶¶ 6-8, 16-17; ECF No. 9-3 (Decl. of Mindy Smith as parent of E.S.) ¶ 11; ECF No. 9 (Mot. for Preliminary Injunction), 2, 21. These accusations are patently and demonstrably false.

34.     The Elizabeth School District catalog includes topical "tags" for each book. Most of the time, those tags are determined by the publisher and automatically become part of the Elizabeth School District catalog when a book is added to the library system.

35.     After reviewing the Complaint, I directed my staff to perform searches in the Elizabeth School District catalog for the following tags: "gay," "transgender," "LGBTQ," "homosexual," and "lesbian." I reviewed the results of those searches, which include dozens of titles spanning the four school libraries. Below are some examples of titles that hit for the selected tags and that explicitly portray LGBTQ characters, provide LGBTQ personal narratives/testimonials, and include content related to LGBTQ history and identities:

| Sample of titles from ESD catalog search for "gay" "transgender" "LGBTQ" "homosexual" "lesbian" | | |
|---|---|---|
| Title | Author | Library |
| The List of Things That Will Not Change | Rebecca Stead | RCE & SHE |
| The Night Owl from Dogfish | Holly Sloan | EMS |
| Growing up LGBTQ | Duchess Harris | EMS |
| Being Transgender in America | Duchess Harris | EMS |
| Zenobia July | Lisa Bunker | EMS |
| Two Teenagers in 20 writings by Gay and Lesbian Youth | Ann Heron | EHS |
| Gay power! The Stonewall Riots and the Gay Rights Movement | Betsy Kuhn | EHS |
| Families Like Mine: Children of Gay Parents Tell It Like It Is | Abigail Garner | EHS |
| Gays in the Military | Debra Miller | EHS |
| Echo After Echo | Amy Capetta | EHS |
| The Upside of Unrequited | Becky Albertalli | EHS |
| We Got the Beat | Jenna Miller | EHS |
| The Electric Heir | Victoria Lee | EHS |
| Playing A Part | Daria Wilke | EHS |
| No Compromise: The Story of Harvey Milk | David Aretha | EHS |
| Six Impossible Things | Fiona Wood | EHS |
| Landmark Decisions of the United States Supreme Court II | Maureen Johnson | EHS |

36.     In the same timeframe, I also directed my staff to perform searches in the
ESD catalog for the following tags: "black history" and "African American."[11] I reviewed
the results of those searches, which include well over 50 titles spanning the four school
libraries. Below are some examples of titles that hit for the selected tags and address
issues related to racism, provide historical accounts, and provide diverse perspectives
on the African American perspective in America:

---

[11] I recognize there are many other groups that could qualify as minorities. I
searched for these terms by way of illustration.

| Sample titles from ESD catalog search for "black history" "African American" | | |
|---|---|---|
| **Title** | Author | Library |
| Let It Shine: Stories of Black Women Freedom Fighters | Andrea Pinkney | SHE |
| From Slave to Soldier: Based on a True Civil War story | Deborah Hopkinson | SHE |
| Vision of Beauty: The Story of Sarah Breedlove Walker | Kathryn Lasky | SHE |
| African-American Children's Stories: A Treasury of Tradition and Pride | Angela Jarecki, Gwendolyn Lavert | RCE |
| The Real McCoy: The Life of an African-American Inventor | Wendy Towle | RCE |
| Slavery and Reconstruction: The Struggle for Black Civil Rights | Elliott Smith | EMS |
| Tell All the Children Our Story: Memories and Mementos of Being Young and Black in America | Tonya Bolden | EMS |
| Rosa Parks Stays Seated | Duchess Harris | EMS |
| Langston Hughes | Chynia Powell | EMS |
| African American Women Writers | Brenda Wilkinson | EMS |
| Hidden Figures: The Untold True Story of Four African-American Women Who Helped Launch Our Nation into Space | Margot Shetterly | EMS |
| Dreaming in Color, Living in Black and White: Our Own Stories of Growing Up Black in America | Laurel Holliday | EHS |
| Black Pioneers: An Untold Story | William Katz | EHS |
| A Dream Deferred the Jim Crow Era | Anne Sharp | EHS |
| Historic Speeches of African Americans | Warren Halburton | EHS |
| Black Boy (American Hunger: A Record of Childhood and Youth) | Richard Wright | EHS |
| A Raisin in the Sun | Lorraine Hansberry | EHS |

37.    Importantly, although the disputed titles have been removed from the Elizabeth School District library collection (save for the one title that was removed only from the middle school and retained at the high school), students remain free to bring the removed titles into school for their personal use, to discuss these works with other students, and to share them outside of school.[12] To be clear, the school board did not

---

[12] There is a school rule against students sharing physical books in the classroom to respect parents' right to control what literature their student has access to. (Ex. 3 (Aug. 6, 2024 Request for Action: 9.9 Classroom Library Direction); Ex. 8 (Aug. 27, 2024 Superintendent Update – Classroom Libraries).) But this rule does preclude discussion at school or sharing physical books outside of school.

"ban" these books from being present in the Elizabeth School District's schools, and it did not "ban" discussion of these books. Rather, the school board removed titles from *the school* libraries, leaving it to parents to decide whether and under what circumstances their students are permitted to access them.

38.     The School Board and I have also decided to place copies of each of the 19 titles that the School Board voted to remove in the library from which they were taken. These titles will be made available to C.C., E.S., and any student who is either a member of the NAACP — Colorado–Montana–Wyoming State Area Conference ("NAACP"), or who has a parent who is a member of the NAACP. So *Melissa/George* is now available at Running Creek Elementary Library for the plaintiffs or the members or children of members of the NAACP to read, browse, or check out. The five titles that were removed from Elizabeth Middle School (*The Hate U Give; Thirteen Reasons Why; #Pride: Championing LGBTQ Rights; You Should See Me in a Crown; and It's Your World—If You Don't Like It, Change It: Activism for Teenagers*) are now available at the middle-school library for the plaintiffs or the members or children of members of the NAACP to read, browse, or check out. And the 15 challenged titles that the Board voted to remove from the high school (*The Hate U Give; Thirteen Reasons Why; The Kite Runner*; *Beloved*; *The Bluest Eye*; *The Perks of Being a Wallflower*; *Looking for Alaska*; *Nineteen Minutes*; *Speak*; *Identical*; *Fallout*; *Glass*; *Crank*; *Smoke*; and *Burned*) are now available in the high-school library for the plaintiffs or the members or children of members of the NAACP to read, browse, or check out. These books are being kept in their respective libraries behind the desk, and are available upon request by any of the individuals described in this paragraph. These books will remain at the libraries for at least the duration of this litigation.

39.    As for *Redwood and Ponytail*, that book has been returned to the shelves of Running Creek Elementary Library and will remain there pending the School Board's review of that book. The School Board has not yet voted to remove this book, nor has it decided on the reasons (if any) for why that book should be removed.

40.    So the plaintiffs have the same ability to access the 19 disputed titles in the Elizabeth School District's libraries that they had before their removal from the school district's libraries.

41.    All of the current members of the School Board are aware of and have approved the return of the disputed books for the purpose of making them available to the plaintiffs in this litigation.

42.    Because Heather Booth no longer serves on the School Board, she has no role in the determining ongoing availability of these disputed titles in the Elizabeth School District's libraries. The decision to make the 19 books available only to the plaintiffs—and not to return those 19 books to the library shelves—is attributable solely to the current members of the School Board, who are unwilling to make these books available in the school libraries to anyone other than the named plaintiffs or the members (or children of members) of the NAACP.

43.    After decades serving Colorado's students and parents, I believe that education is the key to ensuring that our youth are prepared to become successful citizens in our local community, our state, and our nation. It is the key to ensuring students can achieve economic success and become contributing members of society. I have watched as educators are asked to take on greater and greater roles, often to the detriment of their core purpose—to educate. I am excited by the mission and vision of the School Board, who wish to keep politics out of the classroom and ensure that our teachers remain focused on teaching the basics: reading, writing, math, science, civics,

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FADD298E11

and history. Further, I am committed to respecting all parents' rights and responsibilities in raising their children and to ensuring that ESD works in partnership with parents to achieve the best educational outcomes possible for each and every student we have the privilege of serving.

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FADD298E11

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January __27__, 2025, in __Elizabeth_____, Colorado.

DocuSigned by:

*Dan Snowberger*

0A1F3CB30BA44DF...

_____

Dan Snowberger
Superintendent
Elizabeth School District

Docusign Envelope ID: 95D76263-DD00-4A6C-907C-F8FAD298E11

## Appendix 1 – Decl. of Superintendent Dan Snowberger

**19 At-Issue Titles**

| Title | Author | Library | ESD first acquired title | Times checked out | Available via public library? | Other works by author in the ESD collection? |
|---|---|---|---|---|---|---|
| George / Melissa | Alex Gino | RCE | Jan-21 | unknown | Y | You Don't Know Everything, Jilly P. |
| The Hate U Give | Angie Thomas | EMS & EHS | Aug-17 | 27 | Y | Black Out; On the Come Back |
| Thirteen Reasons Why | Jay Asher | EMS & EHS | Aug-11 | 19 | Y | What Light; The Future of Us |
| #Pride: Championing LGBTQ Rights | Rebecca Felix | EMS | Sep-20 | 0 | N | #Women's March: Insisting on Equality; three Spanish-language books |
| You Should See Me in a Crown | Leah Johnson | EMS | Dec-21 | 0 | Y | |
| It's Your World---If You Don't Like It, Change It: Activism for Teenagers | Mikki Halpin | EMS* | Apr-07 | 0 | N | *this title is still available in EHS |
| The Kite Runner | Khaled Hosseni | EHS | Jan-19 | 4 | Y | |
| Beloved | Toni Morrison | EHS | May-04 | 0 | Y | |
| The Bluest Eye | Toni Morrison | EHS | Mar-02 | 0 | Y | |
| The Perks of Being a Wallflower | Stephen Chbosky | EHS | Sep-09 | 2 | Y | |
| Looking for Alaska | John Green | EHS | Apr-21 | 1 | Y | An Abundance of Katherines; The Fault in Our Stars |
| Nineteen Minutes | Jodi Picoult | EHS | Jan-10 | 0 | Y | My Sister's Keeper; The Storyteller; The Tenth Circle |
| Speak | Laurie Anderson | EHS | May-04 | 4 | Y | Catalyst; Fever 1793; The Impossible Knife of Memory; Wintergirls |
| Identical | Ellen Hopkins | EHS | Apr-11 | 0 | Y | |
| Fallout | Ellen Hopkins | EHS | Sep-16 | 0 | Y | |
| Glass | Ellen Hopkins | EHS | Sep-16 | 1 | Y | |
| Crank | Ellen Hopkins | EHS | Apr-06 | 5 | Y | |
| Smoke | Ellen Hopkins | EHS | Sep-16 | 2 | Y | |
| Burned | Ellen Hopkins | EHS | Jan-10 | 1 | Y | |
| Redwood and Ponytail | K.A. Holt | RCE | Jan-21 | 2 | N | From You to Me, This is Not a Drill |