UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-03512-CNS-STV

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.;
MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.;
NAACP-COLORADO-MONTANA-WYOMING STATE AREA CONFERENCES; and
THE AUTHORS GUILD,

        Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

        Defendant.

## MOTION TO WITHDRAW LAURA MORAFF AS COUNSEL FOR PLAINTIFFS

The undersigned counsel, Laura Moraff of the ACLU of Colorado, respectfully moves, pursuant to D.C.COLO.LAttyR5(b), to withdraw as counsel of record in the above-captioned case and, in support of this Motion, states as follows:

1. Laura Moraff is leaving the ACLU of Colorado on March 7, 2025, and is unable to continue to represent Plaintiffs in this matter, so there is good cause for her withdrawal as counsel of record.

2. Plaintiffs will continue to be represented by the other counsel of record in this case: Timothy R. Macdonald and Sara R. Neel of the ACLU of Colorado, and Craig R. May, Thomas C. Dec, and Celyn D. Whitt of Wheeler Trigg O'Donnell LLP. Plaintiffs will not suffer any prejudice as a result of Laura Moraff's withdrawal as counsel.

3.      Pursuant to D.C.COLO.LAttyR 5(b), notice of Laura Moraff's withdrawal of Counsel for Plaintiffs in this matter has been provided to all Plaintiffs.

WHEREFORE, Plaintiffs' counsel respectfully move for an order granting the withdrawal of Laura Moraff as counsel for Plaintiffs in this matter.

Dated: March 4, 2025.                                Respectfully submitted,

*s/ Laura Moraff*

Timothy R. Macdonald
Sara R. Neel
Laura Moraff
American Civil Liberties Foundation of Colorado
303 E. 17th Avenue, Suite 350
Denver, CO 80203
Telephone: 720.402.3107
Email:    tmacdonald@aclu-co.org
          sneel@aclu-co.org
          lmoraff@aclu-co.org

*In cooperation with Wheeler Trigg O'Donnell LLP*

Craig R. May
Thomas C. Dec
Celyn D. Whitt
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile:  303.244.1879
Email:  may@wtotrial.com
        dec@wtotrial.com
        whitt@wtotrial.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on March 4, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW LAURA MORAFF AS COUNSEL FOR PLAINTIFFS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Bryce D. Carlson**
  bryce@millerfarmercarlson.com

- **Thomas Carl Dec**
  dec@wtotrial.com, christman@wtotrial.com, beeby@wtotrial.com, wall@wtotrial.com

- **Julian R. Ellis , Jr**
  julian@first-fourteenth.com, milly@First-fourteenth.com, kelly@first-fourteenth.com

- **Laura J. Ellis**
  laura@first-fourteenth.com, milly@first-fourteenth.com, kelly@first-fourteenth.com

- **Michael Lee Francisco**
  michael@first-fourteenth.com, bethany@statecraftlaw.com

- **Timothy R. Macdonald**
  tmacdonald@aclu-co.org, mbailey@aclu-co.org, sneel@aclu-co.org

- **Craig Ruvel May**
  may@wtotrial.com, creasey@wtotrial.com

- **Jonathan F. Mitchell**
  jonathan@mitchell.law

- **Christopher Owen Murray**
  chris@first-fourteenth.com, pchesson@bhfs.com

- **Sara R. Neel**
  sneel@aclu-co.org, mbailey@aclu-co.org

- **Celyn D. Whitt**
  whitt@wtotrial.com

/s/ Laura Moraff