**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-03512-CNS-STV

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.;
MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.;
NAACP–COLORADO–MONTANA–WYOMING STATE AREA CONFERENCES; and
THE AUTHORS GUILD,

      Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

      Defendant.

---

## JOINT MOTION FOR STATUS CONFERENCE

      COME NOW Kristin Crookshanks, Mindy Smith, NAACP–Colorado–Montana–Wyoming State Area Conferences, and The Authors Guild ("Plaintiffs"), and Elizabeth School District ("Defendant") (jointly, the "Parties"), who hereby request a status conference before the Court.

      Plaintiffs filed their Complaint (ECF 001) on December 19, 2024 and a Motion for Preliminary Injunction (the "Motion") (ECF 009) on December 20, 2024. Defendant responded to the Motion (ECF 025) on January 27, 2025, and Plaintiffs filed their reply in support (ECF 028) on February 10, 2025. In addition, Defendant filed a Motion to Exclude Evidence on February 7, 2025 ("Motion to Exclude") (ECF 027). Plaintiffs responded to the Motion to Exclude (ECF 030) on February 21, 2025, and Defendant filed its reply in support (ECF 031) on February 25, 2025. The Motion and Motion to Exclude are fully briefed and ripe for review.

Now that the Motions are fully briefed, the Parties jointly request a status conference with the Court to discuss the anticipated Preliminary Injunction hearing. The Parties appreciate the Court is in trial through March 21, 2025, and accordingly request a status conference during the week of March 31, 2025 or at the Court's earliest convenience.

Dated:  March 14, 2025.

Respectfully submitted,

s/ Julian R. Ellis, Jr.

Christopher O. Murray
Laura J. Ellis
Julian R. Ellis, Jr.
First & Fourteenth PLLC
2 N. Cascade Ave., Ste. 1430
Colorado Springs, CO 80903
Telephone: 719.286.2475
Emails: chris@first-fourteenth.com
        laura@first-fourteenth.com
        julian@first-fourteenth.com

Michael Francisco
First & Fourteenth PLLC
800 Connecticut Ave., Ste. 300
Washington, D.C. 20006
Telephone: 202.784.0522
Email: michael@first-fourteenth.com

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Telephone: (512) 686-3940
Email: jonathan@mitchell.law

Bryce D. Carlson
Miller Farmer Carlson Law LLC
5665 Vessey Road
Colorado Springs, CO 80908
Telephone: (970) 744-0247
Email: bryce@millerfarmercarl-son.com

*Attorneys for Defendant*

s/ Thomas C. Dec

Timothy R. Macdonald
Sara R. Neel
American Civil Liberties Union Foundation
of Colorado
303 E. 17th Ave, Suite 350
Denver, CO 80203
Telephone:   720.402.3151
Email:        tmacdonald@aclu-co.org
              sneel@aclu-co.org

Craig R. May
Thomas C. Dec
Celyn D. Whitt
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1862
Facsimile:  303.244.1879
Email:  may@wtotrial.com
        dec@wtotrial.com
        whitt@wtotrial.com

*In cooperation with the American Civil
Liberties Union Foundation of Colorado*

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing **JOINT MOTION FOR STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Bryce D. Carlson**
  bryce@millerfarmercarlson.com

- **Thomas Carl Dec**
  dec@wtotrial.com, christman@wtotrial.com, beeby@wtotrial.com, wall@wtotrial.com

- **Julian R. Ellis, Jr**
  julian@first-fourteenth.com, milly@First-fourteenth.com, kelly@first-fourteenth.com

- **Laura J. Ellis**
  laura@first-fourteenth.com, milly@first-fourteenth.com, kelly@first-fourteenth.com

- **Michael Lee Francisco**
  michael@first-fourteenth.com, bethany@statecraftlaw.com

- **Timothy R. Macdonald**
  tmacdonald@aclu-co.org, mbailey@aclu-co.org, sneel@aclu-co.org

- **Craig Ruvel May**
  may@wtotrial.com, creasey@wtotrial.com

- **Jonathan F. Mitchell**
  jonathan@mitchell.law

- **Christopher Owen Murray**
  chris@first-fourteenth.com, pchesson@bhfs.com

- **Sara R. Neel**
  sneel@aclu-co.org, mbailey@aclu-co.org

*s/ Thomas C. Dec*