IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03512-CNS-STV

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.;
MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.;
NAACP–COLORADO–MONTANA–WYOMING STATE AREA CONFERENCES; and
THE AUTHORS GUILD,

  Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

  Defendant.

## Notice of Appeal

Please take notice that Defendant Elizabeth School District appeals to the U.S. Court of Appeals for the Tenth Circuit from the Order Denying Defendant's Motion to Exclude Statements, Documents, and Other Proffered Evidence Offered in Support of Plaintiffs' Motion for Preliminary Injunction and Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 35), entered on March 19, 2025.

Dated: March 20, 2025

Respectfully submitted,

*s/ Julian R. Ellis, Jr.*

Jonathan F. Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Telephone: (512) 686-3940
Email: jonathan@mitchell.law

Bryce D. Carlson
MILLER FARMER CARLSON LAW LLC
5665 Vessey Road
Colorado Springs, CO 80908
Telephone: (970) 744-0247
Email: bryce@millerfarmercarlson.com

Christopher O. Murray
Laura J. Ellis
Julian R. Ellis, Jr.
FIRST & FOURTEENTH PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
Telephone: (719) 286-2475
Emails: chris@first-fourteenth.com
laura@first-fourteenth.com
julian@first-fourteenth.com

Michael Francisco
FIRST & FOURTEENTH PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
Telephone: (202) 784-0522
Email: michael@first-fourteenth.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I certify that on March 20, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    may@wtotrial.com
    sneel@aclu-co.org
    tmacdonald@aclu-co.org
    dec@wtotrial.com
    whitt@wtotrial.com

                                            *s/ Kelly Callender*
                                            FIRST & FOURTEENTH PLLC