FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 4, 2025

Christopher M. Wolpert
Clerk of Court

---

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.; MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.; NAACP-COLORADO-MONTANA-WYOMING STATE AREA CONFERENCES; THE AUTHORS GUILD,

    Plaintiffs - Appellees,

v.

ELIZABETH SCHOOL DISTRICT,

    Defendant - Appellant.

No. 25-1105
(D.C. No. 1:24-CV-03512-CNS-STV)
(D. Colo.)

---

**ORDER**

---

Before **HOLMES**, Chief Judge, and **MORITZ**, Circuit Judge.

---

Appellant has filed a Renewed Emergency Motion for Administrative Stay and Stay Pending Appeal, seeking an order of this court staying both the district court's order granting a preliminary injunction and all further proceedings in district court, pending this court's resolution of its appeal from the preliminary injunction. The court requires a response. Appellees must respond to the motion by 11:59 p.m., MDT, on Monday, April 14, 2025; any optional reply must be filed by 3:00 p.m., MDT, on Monday, April 21, 2025.

Further, to facilitate the court's consideration of the motion and ordered response, we enter a temporary stay of the district court's March 19 order (as revised by its order dated April 3, 2025, which denied a stay pending appeal and ordered reshelving of the books by April 5, 2025, at 5:00 p.m.). This temporary stay of the district court order is only to the extent the order requires appellant to reshelve the removed books by April 5, 2025. The temporary stay is in effect until further order of this court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk