UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-03512-CNS-STV

KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.;
MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.;
NAACP-COLORADO-MONTANA-WYOMING STATE AREA CONFERENCES; and
THE AUTHORS GUILD,

   Plaintiffs,

v.

ELIZABETH SCHOOL DISTRICT,

   Defendant.

## UNOPPOSED MOTION FOR STIPUALTED RULE 502(d) ORDER

Defendant Elizabeth School District (the District) moves for entry of the Stipulated Rule 502(d) Order attached as Exhibit 1 to facilitate the parties' exchange of documents while preserving their privileges where appropriate.

Certificate of Conferral: After conferral with counsel for Plaintiffs, undersigned counsel is authorized to state that Plaintiffs do not oppose entry of the attached proposed Stipulated Rule 502(d) Order.

Accordingly, the District submits that there is good cause for entry of the proposed Stipulated Rule 502(d) Order attached as Exhibit 1 and respectfully requests entry of that order.

Dated: December 8, 2025

Jonathan F. Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Telephone: (512) 686-3940
Email: jonathan@mitchell.law

Bryce D. Carlson
MILLER FARMER CARLSON LAW LLC
5665 Vessey Road
Colorado Springs, CO 80908
Telephone: (970) 744-0247
Email:
bryce@millerfarmercarlson.com

Respectfully submitted,

*s/ Laura J. Ellis*
Christopher O. Murray
Laura J. Ellis
Julian R. Ellis, Jr.
FIRST & FOURTEENTH PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
Telephone: (719) 286-2475
Emails: chris@first-fourteenth.com
          laura@first-fourteenth.com
          julian@first-fourteenth.com

Michael Francisco
FIRST & FOURTEENTH PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
Telephone: (202) 784-0522
Email: michael@first-fourteenth.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

   I certify that on December 8, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                 *s/ Milly Mollica*
                  FIRST & FOURTEENTH PLLC