**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**January 21, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

KRISTEN CROOKSHANKS, as parent
and next of friend of a minor on behalf of
C.C., et al.,

     Plaintiffs - Appellees,

v.

ELIZABETH SCHOOL DISTRICT,

     Defendant - Appellant.

------------------------------

FREEDOM TO READ FOUNDATION, et
al.,

     Amici Curiae.

No. 25-1105
(D.C. No. 1:24-CV-03512-CNS-STV)
(D. Colo.)

_____

**ORDER**
_____

Before **PHILLIPS**, **McHUGH**, and **FEDERICO**, Circuit Judges.
_____

This matter is before the court on *Appellant's Unopposed Motion to Dismiss Appeal* ("Motion"). This appeal has been set for oral argument for more than two months, since November 3, 2025. Since that time, the court has expended valuable time and resources studying the briefing and record in this matter, and otherwise preparing for oral argument. In that regard, Appellant's filing of the Motion only days before the scheduled

argument is not well-taken. Nevertheless, the Motion is GRANTED and this matter is

DISMISSED. The mandate shall issue forthwith.

Entered for the Court,

Per Curiam